**SMITH KRIVOSHEY, PC**
Joel D. Smith (New Jersey Bar No. 457602024)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Telephone: 617-377-7404
joel@skclassactions.com
sasha@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (*pro hac vice*)
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Telephone: 415-839-7000
yeremey@skclassactions.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| FELICIA NOVICK, KALMAN ROSENFELD, ZANETA BATSA, JEANNETTA McELROY, KARI PROSKIN, RENETTA VICKS, MELANIE WOHL, AND DENISE HAGEMEISTER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a Delaware and New Jersey corporation,<br>800 Sylvan Ave.<br>Englewood Cliffs, NJ 07632,<br><br>Defendant.<br><br>And<br><br>Conopco, Inc., a New Jersey corporation,<br><br>800 Sylvan Ave.<br>Englewood Cliffs, NJ 07632<br><br>Defendant. | CASE NO. 2:25-cv-04804-EP-JBC<br><br>**AMENDED COMPLAINT -- CLASS ACTION**<br><br>**DEMAND FOR A JURY TRIAL** |

## NATURE OF ACTION

1. This class action aims to hold Defendants Unilever United States, Inc. and Conopco, Inc. responsible for failing to truthfully and accurately label and market consumer personal care products under the Dove and Vaseline brand names, including Dove brand Sensitive Skin Body Wash, Dove brand Sensitive Skin bar soap, and Vaseline brand Baby Healing Jelly (collectively, the "Products")[1].

2. Allergic contact dermatitis is the fifth most prevalent skin disease in the U.S., exceeding $1.5 billion in direct annual medical costs. Between 1996 and 2016, the prevalence of dermatitis caused by personal care products increased by almost 300%. As much as 70% of the U.S. population is allergic to at least one personal care product ingredient.

3. It is extremely difficult for people to identify what ingredient they are allergic to. Allergic reactions are attenuated in both space and time. Some allergic reactions will not manifest until a week after exposure to the allergen. Instead, the immune system can sometimes "remember" the first exposure and the allergic reaction will develop later on the body part that was first exposed to the allergen.

4. As a result, consumers with sensitive skin and skin conditions increasingly seek out and rely on terms like "hypoallergenic" and "sensitive" when making purchasing decisions about skin care and hygiene products. Those who do not suffer from skin allergies seek hypoallergenic products to avoid developing a skin allergy. Those who do suffer from a skin allergy seek

[1] The Product Sensitive Skin Body Wash Product includes the Dove logo and name, and the "hypoallergenic" and "sensitive skin" representations, and is sold in 12, 20, 22, 30.6, and 34 fl. oz. bottles. The Vaseline brand Baby Healing Jelly Product is sometimes marketed as Vaseline brand Hypoallergenic Newborn Baby Oil Diaper Rash Cream, Healing Petroleum Jelly, Vaseline Healing Jelly, Petroleum Jelly for Diaper Rash, Moisturizer for Baby, and Hypoallergenic Skin Protectant on various third-party retailers. However, these products all bear the same packaging and labeling, and are one and the same. Vaseline Baby Healing Jelly is sold in 2.89 ounce and 13 ounce containers, but the products contain the exact same labeling claims regardless of size. The Vaseline brand Baby Healing Jelly Product *does not* include the recently sold Vaseline baby healing jelly product at stores like Target which states that the product is "fragrance free" on the front label.

hypoallergenic products to avoid the inflammatory cascade caused by an unidentified skin allergen.

5. Since its founding, Defendants touts Dove and Vaseline as being a credible and trustworthy brands in the skin care and hygiene industry. Seeking to capture the growing hypoallergenic and sensitive skin market, Defendant prominently labels each of the Products with overlapping labeling claims touting the "hypoallergenic" claims and touting their propriety and effectiveness for sensitive skin.

6. The label for Dove Sensitive Skin Body Wash is displayed below, touting that the product is "hypoallergenic," suitable and designed for "sensitive skin," and is "Dermotologist #1 Recommended.":






7. The label for Dove Sensitive Skin Body Wash is displayed below, touting that the product is "hypoallergenic," suitable and designed for "sensitive skin," and is "Dermotologist #1 Recommended.":

8. The label for Dove brand Sensitive Skin bar soap is displayed below, touting that the product is "hypoallergenic," is suitable and designed for "sensitive" skin, and that it is "Dermatologist #1 Recommended.":



9. The label for Vaseline brand Baby Healing Jelly is displayed below, touting that the product is "hypoallergenic" and "Pediatrician Recommended," along claims that the product is "3x PURIFIED," "PURITY GUARANTEED," "Healing Jelly," and "Skin Protectant.":




10. Collectively, the Dove brand Sensitive Skin Body Wash, Dove brand Sensitive Skin bar soap, and Vaseline brand Baby Healing Jelly claims that the products are "hypoallergenic," "sensitive," "sensitive skin," "Pediatrician Recommended," "Dermatologist #1 Recommended," respectively, are referred to herein as the "Labeling Claims." The Products' "hypoallergenic" claims are referred to as the "Hypoallergenic Claims." The Products' "sensitive" and "sensitive skin" claims are referred to as the "Sensitive Skin Claims."

11. The Products' Labeling Claims are false and misleading, however. Despite Defendants' marketing scheme, the Products are full of known skin sensitizers (*i.e.*, allergens) and

are themselves skin sensitizers according to the scientific and regulatory definition of a skin sensitizer.

12. The Products contain skin sensitizers in an amount that can reasonably be expected to induce an allergic response in a significant number of its intended users (*i.e.*, individuals with sensitive skin).

13. As a result of the Products' ingredients, the Products are also just as likely and, for some products, *more* likely to cause an allergic reaction in its intended users than similar, competing products which do not claim to be hypoallergenic or use the Labeling Claims. And, the Products are far more likely to cause an allergic reaction in their intended users than similar, competing products which are, in fact, hypoallergenic.

14. By deceiving consumers about the nature, quality, and/or ingredients of its Products, Defendants are able to take away market share from competing products and increase their own sales and profits. Consumers lack the ability to test or independently ascertain the potential for allergic contact dermatitis at the point of sale. Reasonable consumers must and do rely on Defendants and their competitors to honestly report the nature of their products and ingredients.

15. Plaintiffs bring this action individually and on behalf of similarly situated consumers who purchased the Products that were falsely and misleadingly labeled and marketed as "hypoallergenic" and for "sensitive skin" or using the Labeling Claims. Plaintiffs seek to represent a putative nationwide class, California,[2] New Jersey, New York, Massachusetts, and Illinois subclasses, and multi-state classes seeking damages, interest thereon, reasonable attorney

---

[2] Plaintiffs do not presently seek certification of a California class with respect to Vaseline brand Baby Healing Jelly. Plaintiffs do seek certification of a California class with respect to Dove brand Sensitive Skin Body Wash and Dove brand Sensitive Skin bar soap.

fees and costs, restitution, equitable relief, and disgorgement of all benefits Defendant has enjoyed from its unlawful and deceptive business practices, as detailed herein. Plaintiffs make these allegations based on their personal knowledge as to themselves and their own acts and observations and, otherwise, on information and belief based on investigation of counsel.

## PARTIES

16. Plaintiff Kalman Rosenfeld is domiciled in New Jersey since summer 2022. Prior to summer 2022, Plaintiff Rosenfeld was domiciled in New York. For approximately four years, from 2020 through 2024, Plaintiff Rosenfeld occasionally purchased the Dove Sensitive Skin Body Wash product from CVS and Duane Reade in Brooklyn, New York and CVS and Walmart in Toms River, New Jersey. Plaintiff Rosenfeld estimates he purchased the Product at least four or five times, with the earliest purchase in or around early 2020 and the most recent purchase in January 2025. In deciding to make these purchases, Plaintiff Rosenfeld saw, relied upon, and reasonably believed the label representation that the Product was "hypoallergenic" and designed for "sensitive skin" and was dermatologist recommended. These representations were a significant reason for his purchases. Plaintiff Rosenfeld and his son have sensitive skin and have in the past suffered skin irritation, dermatitis, and, in the case of his son, severe atopic eczema. In the case of common skin irritation or dermatitis, Plaintiff Rosenfeld, like similarly situated consumers, does not know with 100% certainty whether what seemed like skin irritation or dermatitis was in fact an allergic response to an ingredient in a personal care product. Like similarly situated consumers, Plaintiff Rosenfeld does not know the identity of every ingredient he and his family is allergic to. Moreover, like similarly situated consumers, Plaintiff Rosenfeld does not know which ingredients he or his family may develop an allergy to. Had Plaintiff Rosenfeld known at the time that the Product was not hypoallergenic and was not suitable for sensitive skin as promised and did not

conform to the Labeling Claims, he would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Had Plaintiff Rosenfeld known at the time that the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, he would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Plaintiff Rosenfeld purchased, purchased more of, or paid more for, the Product than he would have had he known the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users. Plaintiff believes his son's eczema was not alleviated and may have been prolonged by the use of the Product. Plaintiff Rosenfeld is referred to herein as a New York Plaintiff and New Jersey Plaintiff.

17. Plaintiff Felicia Novick is domiciled in California and has been domiciled in California during all relevant times to this Complaint. For approximately thirteen months, from December 2023 through January 2025, Plaintiff Novick purchased the Product from CVS, Target, and Walmart stores in Van Nuys and West Hills, California. Plaintiff Novick estimates she purchased the Product approximately ten times, with the earliest purchase in or around December 2023 and the most recent purchase in January 2025. In deciding to make these purchases, Plaintiff Novick saw, relied upon, and reasonably believed the label representation that the Product was "hypoallergenic" and designed for "sensitive skin" and was dermatologist recommended. These representations were a significant reason for her purchases. Plaintiff Novick has sensitive skin and has in the past suffered skin irritation, dermatitis, and eczema, including rashes on her ankles and feet. In the case of common skin irritation or dermatitis, Plaintiff Novick, like similarly situated consumers, does not know with 100% certainty whether what seemed like skin irritation or dermatitis was in fact an allergic response to an ingredient in a personal care product. Like

similarly situated consumers, Plaintiff Novick does not know the identity of every ingredient she is allergic to. Moreover, like similarly situated consumers, Plaintiff Novick does not know which ingredients she may develop an allergy to. Had Plaintiff Novick known at the time that the Product was not hypoallergenic or appropriate for sensitive skin as promised and did not conform to the Labeling Claims, she would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Had Plaintiff Novick known at the time that the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, she would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Plaintiff Novick purchased, purchased more of, or paid more for, the Product than she would have had she known the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users. Plaintiff believes her skin irritation, dermatitis, and eczema was not alleviated and may have been prolonged by the use of the Product. Plaintiff Novick is referred to herein as a California Plaintiff.

18. Plaintiff Zaneta Batsa is domiciled in Illinois and has been domiciled in Illinois during all relevant times to this Complaint. Plaintiff Batsa purchased the Vaseline Baby Healing Jelly Product from retail stores in Chicago Illinois between 2022 and spring 2023. Plaintiff's best recollection is that the purchases were from Target, Walmart, and Jewel. Plaintiff Batsa purchased Vaseline Baby Healing Jelly Product for her child, who at the time was around 1 years old and had eczema. The Vaseline Baby Healing Jelly Product did not alleviate the eczema, and in fact prolonged and exacerbated it, as her son had many breakouts and flareups during use of the product. Plaintiff Batsa also purchased Dove Sensitive Skin Body Wash beginning in the summer of 2024 and stopped in the fall of 2025. The Dove Sensitive Skin Body Wash purchases were made

at Walmart and Target, to the best of Plaintiff's recollection. Plaintiff Batsa likewise purchased the Dove Sensitive Skin Body Wash for her son. Plaintiff's son continued having eczema and skin issues during the use of Dove Sensitive Skin Body Wash, as the product did not alleviate the skin issues and prolonged them. In deciding to make these purchases, Plaintiff Batsa saw, relied upon, and reasonably believed the label representation that Dove Sensitive Skin Body Wash and Vaseline Baby Healing Jelly Product the Labeling Claims, including that the products were "hypoallergenic," designed for "sensitive skin," and were pediatrician and dermatologist recommended. These representations were a significant reason for her purchases. Like similarly situated consumers, Plaintiff Batsa does not know the identity of every ingredient she and her child are allergic to. Moreover, like similarly situated consumers, Plaintiff does not know which ingredients she and her son may develop an allergy to. Had Plaintiff Batsa known at the time that the Products were not hypoallergenic or appropriate for sensitive skin as promised, and otherwise did not conform to the Labeling Claims, she would not have purchased the Products, or would not have purchased them on the same terms or for the same price. Had Plaintiff Batsa known at the time that the Products contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, she would not have purchased the Products, or would not have purchased it on the same terms or for the same price. Plaintiff Batsa purchased, purchased more of, or paid more for, the Products than she would have had she known the Products contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users. Plaintiff Batsa is referred to herein as an Illinois Plaintiff.

19. Plaintiff Renetta Vicks is domiciled in Rochester, New York, and has been domiciled in New York during all relevant times to this Complaint. Plaintiff Vicks purchased

Vaseline Baby Healing Jelly Product from the Walmart on 1490 Hudson Avenue in Rochester, New York in the summer of 2025. Plaintiff Vicks purchased Vaseline Baby Healing Jelly Product to help treat her son's eczema. However, Vaseline Baby Healing Jelly Product failed to relieve symptoms of eczema and, in fact, prolonged the duration of the skin condition and exacerbated his symptoms by causing his skin to turn red and break out. At the time, Plaintiff Vicks used only one product at a time for her son's eczema and believes there was no other product except for Vaseline Baby Healing Jelly Product that could have caused the breakout in her son's skin. Plaintiff Vicks disposed of the Product shortly thereafter. Plaintiff Vicks reviewed and relied on the Product's packaging before buying it, including the representation that the Product was purportedly "Hypoallergenic" and "Pediatrician Recommended" and pediatrician recommended. If Plaintiff Vicks had known that Vaseline Baby Healing Jelly Product was falsely labeled and was not in fact hypoallergenic or recommended by pediatricians, Plaintiff Vicks would not have bought it or would have paid less. Had Plaintiff Vicks known at the time that Vaseline Baby Healing Jelly Product was not hypoallergenic or appropriate for sensitive skin as promised, and otherwise did not conform to the Labeling Claims, she would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Had Plaintiff Vicks known at the time that the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, she would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Plaintiff Vicks purchased, purchased more of, or paid more for, Vaseline Baby Healing Jelly Product than she would have had she known the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users. Plaintiff Vicks is referred to herein as a New York Plaintiff.

20. Plaintiff Kari Proskin is domiciled in Pittsfield, Massachusetts, and has been domiciled in Massachusetts during all relevant times to this Complaint. From approximately winter 2023 through spring 2025, Plaintiff Proskin purchased the Vaseline Baby Healing Jelly Product from Walmart on 555 Hubbard Avenue in Pittsfield, Massachusetts and Target on 655 Cheshire Road in Lanesborough, Massachusetts. Plaintiff Proskin estimates she purchased the Product approximately three or four times, with the earliest purchase in or around November 2023 and the most recent purchase in or around March 2025. Plaintiff Proskin purchased the Vaseline Baby Healing Jelly Product to use on her dry, sensitive skin, especially on her feet. Plaintiff Proskin's use of Vaseline Baby Healing Jelly Product ultimately caused her feet to turn red, peel, and bleed, resulting in pain during activities such as walking. Plaintiff Proskin did not use another skin care product on her feet at the time she was using Vaseline Baby Healing Jelly Product. Once she ceased using Vaseline Baby Healing Jelly Product, the condition of her feet improved. Plaintiff Proskin reviewed and relied on the Product's packaging before buying it, including the representation that Vaseline Baby Healing Jelly Product was purportedly "Hypoallergenic" and "Pediatrician Recommended." If Plaintiff Proskin had known Vaseline Baby Healing Jelly Product was falsely labeled and was not in fact hypoallergenic or recommended by pediatricians, Plaintiff Proskin would not have bought it or would have paid less. Had Plaintiff Proskin known at the time that Vaseline Baby Healing Jelly Product was not hypoallergenic or appropriate for sensitive skin as promised, and otherwise did not conform to the Labeling Claims, she would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Had Plaintiff Proskin known at the time that the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, she would not have purchased the Product, or would

not have purchased it on the same terms or for the same price. Plaintiff Proskin purchased, purchased more of, or paid more for, Vaseline Baby Healing Jelly Product than she would have had she known the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users. Plaintiff Proskin is referred to herein as a Massachusetts Plaintiff.

21. Plaintiff Jeannetta McElroy is domiciled in Illinois and has been domiciled in Illinois during all relevant times to this Complaint. Plaintiff McElroy purchased the Dove Sensitive Skin Body Wash Product from Walmart near Chicago, Illinois for the first time roughly three years ago, and purchased it for the last time around October 2025, for a total of roughly 10 purchases. Plaintiff McElroy purchased the Dove Sensitive Skin Bar Soap Product from Walmart near Chicago, Illinois in 2025, and used the Product between roughly July to September 2025. Plaintiff McElroy developed a rash as a result of using the Dove Sensitive Skin Bar Soap Product. In deciding to make these purchases, Plaintiff McElroy saw, relied upon, and reasonably believed the Labeling Claims on the Dove Sensitive Skin Body Wash and Dove Sensitive Skin Bar Soap, including that the products were "hypoallergenic," designed for "sensitive" skin, and were dermatologist recommended. These representations were a significant reason for her purchases. Like similarly situated consumers, Plaintiff McElroy does not know the identity of every ingredient she is allergic to. Moreover, like similarly situated consumers, Plaintiff does not know which ingredients she may develop an allergy to. Had Plaintiff McElroy known at the time that the Products were not hypoallergenic or appropriate for sensitive skin as promised, and otherwise did not conform to the Labeling Claims, she would not have purchased the Products, or would not have purchased them on the same terms or for the same price. Had Plaintiff McElroy known at the time that the Products contained skin sensitizers or allergens in

sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, she would not have purchased the Products, or would not have purchased them on the same terms or for the same price. Plaintiff McElroy purchased, purchased more of, or paid more for, the Products than she would have had she known the Products contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users. Plaintiff McElroy is referred to herein as an Illinois Plaintiff.

22. Plaintiff Denise Hagemesiter is domiciled in Massachusetts and has been domiciled in Massachusetts during all relevant times to this Complaint. Plaintiff Hagemesiter purchased the Dove Sensitive Skin Body Wash Product from Walmart (and possibly other retails like CVS and Target) near Swampscott, Massachusetts for several years, with her last purchase occurring late 2024 or early 2025. Plaintiff Hagemesiter purchased the Dove Sensitive Skin Bar Soap Product from a Walmart or Target near Swampscott, Massachusetts around October 2025. Plaintiff Hagemesiter has eczema and sensitive skin and is allergic to perfumes/fragrance. Plaintiff Hagemesiter experienced itchy skin when she used Dove Sensitive Skin Body Wash, which was alleviated when she stopped using the Product. Plaintiff Hagemesiter also experienced itchy skin when she used the Dove Sensitive Skin Bar Soap. In deciding to make these purchases, Plaintiff Hagemesiter saw, relied upon, and reasonably believed the Labeling Claims on the Dove Sensitive Skin Body Wash and Dove Sensitive Skin Bar Soap, including that the products were “hypoallergenic,” designed for “sensitive” skin, and were dermatologist recommended. These representations were a significant reason for her purchases. Like similarly situated consumers, Plaintiff Hagemesiter does not know the identity of every ingredient she is allergic to. Moreover, like similarly situated consumers, Plaintiff does not know which ingredients she may develop an allergy to. Had Plaintiff Hagemesiter known at the time that the

Products were not hypoallergenic or appropriate for sensitive skin as promised, and otherwise did not conform to the Labeling Claims, she would not have purchased the Products, or would not have purchased them on the same terms or for the same price. Had Plaintiff Hagemesiter known at the time that the Products contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, she would not have purchased the Products, or would not have purchased them on the same terms or for the same price. Plaintiff Hagemesiter purchased, purchased more of, or paid more for, the Products than she would have had she known the Products contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users. Plaintiff Hagemesiter is referred to herein as a Massachusetts Plaintiff.

23. Plaintiff Melanie Wohl is domiciled in New York and has been domiciled in New York during all relevant times to this Complaint. Plaintiff Wohl purchased Dove Sensitive Skin Bar Soap Product for roughly a decade on many occasions, mainly from retailers like Costco and BJ's near Long Island, New York. Plaintiff Wohl's last purchase was around January 2026 from BJ's near Long Island, New York. Plaintiff Wohl has eczema. Plaintiff Wohl experienced skin issues that exacerbated her eczema when using the Dove Sensitive Skin Bar Soap Product she purchased in January 2026. In deciding to make these purchases, Plaintiff Wohl saw, relied upon, and reasonably believed the Labeling Claims on the Dove Sensitive Skin Bar Soap, including that the product was "hypoallergenic," designed for "sensitive" skin, and was dermatologist recommended. These representations were a significant reason for her purchases. Like similarly situated consumers, Plaintiff Wohl does not know the identity of every ingredient she is allergic to. Moreover, like similarly situated consumers, Plaintiff does not know which ingredients she may develop an allergy to. Had Plaintiff Wohl known at the time that the Product was not

hypoallergenic or appropriate for sensitive skin as promised, and otherwise did not conform to the Labeling Claims, she would not have purchased the Product, or would not have purchased it on the same terms or for the same price. Had Plaintiff Wohl known at the time that the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users, she would not have purchased the Product, or would not have purchased them on the same terms or for the same price. Plaintiff Wohl purchased, purchased more of, or paid more for, the Product than she would have had she known the Product contained skin sensitizers or allergens in sufficient quantities to cause skin irritation or corrosion or contact dermatitis in its intended users. Plaintiff Wohl is referred to herein as a New York Plaintiff.

24. Defendant Unilever Unites States, Inc. ("Unilever") is a Delaware corporation with its principal place of business in Englewood Cliffs, New Jersey. Unilever's name is listed on the Products to make it appear to a reasonable person that it manufactures and labels the Products. For instance, the back label of Dove Sensitive Skin Body Wash says "Unilever" with a "U" logo, along with a statement that "Dove" is a registered trademark of Unilever. The word "Conopco" does not appear anywhere on the labels. Likewise, the back label of Vaseline brand Baby Healing Jelly says "Unilever" with a "U" logo, and does not mention Conopco anywhere on the label.

25. Defendant Conopco, Inc. is a New Jersey corporation with its principal place of business located at 800 Sylvan Avenue, Englewood Cliffs, New Jersey 07632. In discovery responses in this case, Defendant Unilever has stated that Conopco, Inc. designed, labeled, packaged, and marketed Dove Sensitive Skin Body Wash sold in the United States. In other litigation, Defendant Unilever has likewise stated that Conopco, Inc. designed, labeled, packaged, and marketed Vaseline brand Baby Healing Jelly so in the United States. Accordingly, Plaintiffs

allege that Defendant Conopco, Inc. designed, labeled, packaged, and marketed the Products at issue in this litigation, but did so at the complete control and under the appear and actual authority of Unilever.

26. Defendants manufacture, advertise, distribute, and sell the Products under its in-house brands, Dove and Vaseline, both online at sites like www.walmart.com, www.amazon.com, www.target.com, and www.meijer.com, and at myriad brick-and-mortar retailers and supermarkets throughout the United States.

27. Defendants are responsible for the labeling of the Products and its formulation, as well as all marketing materials and language that accompanies the Product on sites where the Product is available for sale.

## JURISDICTION AND VENUE

28. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(A) because this case is a class action where the aggregate claims of all members of the proposed class are in excess of $5,000,000.00, exclusive of interest and costs, and at least one member of the proposed class is a citizen of a state different from Defendants.

29. This Court has personal jurisdiction over Defendants because Defendants are corporations with their principal places of business and headquarters located at 800 Sylvan Ave., Englewood Cliffs, New Jersey 07632, within the District of New Jersey. Defendants regularly conduct business within this judicial district, maintain offices and operations within this district, and have sufficient minimum contacts with this district such that the exercise of jurisdiction over Defendants is proper. A substantial portion of the events giving rise to the claims alleged here occurred in New Jersey.

30. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Defendants reside in this District, a substantial part of the events, omissions, and acts giving rise to the claims herein occurred in this District, and Defendants engage in continuous and systematic business activities within this District.

## FACTUAL ALLEGATIONS

### A. The Hypoallergenic Product Market

31. According to the Centers for Disease Control and Prevention ("CDC"), 8.8 million children (12% of U.S. children) reported skin allergies in 2012. Skin allergies are even more prevalent among young children; CDC reports that 14.2% of children between the ages of 0 and 4 suffered a skin allergy in 2012.

32. These numbers are likely to underreport the prevalence of allergic contact dermatitis. Recent studies show that somewhere between 14-70% of children suffer from skin allergies, based on positive patch skin tests.

33. Skin allergies are similarly prevalent among adults.

34. A significant portion of the U.S. population has allergies that are triggered by skin care products. Allergic contact dermatitis is the fifth most prevalent skin disease in the U.S. Personal care products such as soaps, lotions, and fragrances frequently contain ingredients that may cause allergic contact dermatitis. The prevalence of dermatitis related to personal care products increased by almost 300% between 1996 and 2016.

35. Over the last decade, retail chains such as supermarkets have become the most prolific manufacturers, marketers, and distributors of so-called "natural," "clean," and "hypoallergenic" personal care products, accounting for just over 40% of world-wide revenue in 2019. However, the U.S. Food and Drug Administration ("FDA") has not defined or regulated the

terms "natural," "clean," or "hypoallergenic," resulting in sellers freely advertising with these terms to imply safety and health benefits to unsuspecting consumers.

36. Given the increased prevalence of allergic contact dermatitis and other skin conditions, there is no question consumers increasingly seek the presence of such terms on product labels when shopping for themselves and their children. Those who do not already suffer from skin allergies seek hypoallergenic products to avoid developing skin allergies. Those who do suffer from skin allergies, or have children who suffer from skin allergies, seek hypoallergenic products to avoid unknown and/or hidden allergens that will exacerbate or prolong their conditions.

37. Vulnerable consumers, such as parents of children with skin sensitivities and individuals with histories of allergic reactions, are thus subject to exploitation by manufacturers of these products. Consumers are willing to pay more for products labeled "hypoallergenic" and suitable for "sensitive skin." In reality, so-called "hypoallergenic" and "sensitive skin" products may contain the same potential allergens as their standard counterparts, or may simply have replaced common allergens with less-studied ingredients that pose their own risks.

38. When skin is exposed to a sufficient amount of a chemical allergen, the skin is "sensitized." Upon re-exposure to the allergen, the skin initiates an inflammatory cascade, causing skin changes associated with allergic contact dermatitis. These include redness, oedema (fluid retention), scaling, fissures (cracking), vesicles (fluid-filled sacs), bullae (bubble-like cavity), and eventually oozing.

39. Contact sensitization and related skin allergies can severely affect a person's quality of life, depending on the severity and the site of skin sensitization. People suffering from noticeable skin allergies will try to hide the symptoms under clothing if possible, and if not, will avoid public

spaces entirely. In either case, the skin allergies can dramatically affect a person's confidence and engagement in life.

40. It is difficult to identify the substance causing an allergic response. Allergic contact dermatitis develops several days after exposure to a skin allergen. Some substances do not cause symptoms until a week after exposure.

41. Once an individual is sensitized to an allergen, future contact with the allergen can trigger a response in the original site of sensitization. For example, if someone had an allergic response to a product used on the face, and later used a different product containing the same allergen on the legs, the allergic response could occur on the face, even if the face was never exposed to the second product.

42. When a consumer cannot identify the material to which they are allergic, allergic contact dermatitis will persist, and, it is believed, will take longer to resolve even after the cause is identified.

43. Thus, consumers actively seek out hypoallergenic and purported sensitive skin products—to avoid a skin allergy from occurring at all and/or to prevent a known skin allergy from repeating the inflammatory cascade.

44. Consumers also generally interpret a label claim like "Pediatrician Recommended" and "Dermatologist Recommended" as a strong endorsement of safety and efficacy from medical experts, implying that many pediatricians and dermatologists have specifically evaluated and favor that product for its intended consumers, such as for children and babies and adults with sensitive skin (including those with eczema, allergies, and other sensitive skin conditions) over other available, competing products.

**B. Defendant's Marketing Claims**

45. Defendants base the Products' marketing scheme on appealing to consumers seeking hypoallergenic and sensitive skin products. For the Vaseline baby Healing Jelly, the product targets and is typically purchased by consumers whose newborn and young children suffer from eczema and diaper rash. The Products' various front labels prominently represent to consumers that the Products are purportedly "Hypoallergenic" and intended to be used on "Sensitive Skin," and that they are "Dermatologist #1 Recommended" (for the Dove Products) and "Pediatrician Recommended" (for the Vaseline Product):

**Dove Sensitive Skin Body Wash:**




**Dove Sensitive Skin Bar Soap:**



**Vaseline baby Healing Jelly:**







Vaseline
HEALING JELLY™
Baby
Pediatrician Recommended
3x PURIFIED PURITY GUARANTEED
Clinically proven to lock in moisture to help protect delicate skin.
WHITE PETROLATUM • SKIN PROTECTANT • HYPOALLERGENIC
NET WT 2.89 OZ (82g)


WHITE PETROLATUM • SKIN PROTECTANT • HYPOALLERGENIC
NET WT 2.89 OZ (82g)

46. On its website and the website of other retailers that sell the Products, Defendant advertises Dove Sensitive Skin Body Wash as "Hypoallergenic" and suitable for "sensitive skin" and makes a variety of claims regarding how gentle the Product is for consumers' skin.[3] For example, on Amazon, in addition to the "hypoallergenic" and "sensitive skin" statements, Defendant makes the following claims about the Product: Paraben-Free; Sulfate-Free; "gentle"; "made with plant-based moisturizers"; "microbiome gentle"; "made with 100% gentle cleansers, Dove body wash is gentle to your skin's microbiome and regenerates moisture"; "Dove body wash is ultra mild. It is made with 100% gentle cleansers and is the #1 dermatologist recommended body wash."[4]

47. On Kroger's, Target's, and CVS' websites for Dove Sensitive Skin Body Wash, in addition to the "hypoallergenic" and "sensitive skin" statements, Defendant claims: "Having sensitive skin can be really…irritating. Making you wary of harsh ingredients that could trigger it. We get it! Our rich and creamy, hypoallergenic Dove Sensitive Skin Body Wash is here to wash away those concerns and leave you with soft, healthy-looking, and happy skin. The only reaction you can expect is a radiant, glowing review from your skin. . . . It's a body wash that's everything you need without the things you don't. Like no sulfates and no parabens. Only green flags here to make sure your sensitive skin won't be seeing red. . . . HYPOALLERGENIC: Dove Sensitive Skin

[3] https://www.dove.com/us/en/p/sensitive-body-wash.html/00011111122246
[4] https://www.amazon.com/Dove-Hypoallergenic-Paraben-Free-Sulfate-Free-Cruelty-Free/dp/B0BVBYQGTW?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&smid=ATVPDKIKX0DER&gPromoCode=sns_us_en_5_2023Q4&gQT=0&th=1

Body Wash has a hypoallergenic formula that hypes up hydration and soothes dryness without irritation."[5]

48. For the Dove Sensitive Skin bar soap, Defendant's website states that the produce "is gentle on sensitive skin." [6] "If you have sensitive skin, you know how important it is to choose the right skin cleansing products. The best sensitive skin product is one that truly cares for your skin and won't dry it out like ordinary soap can. Meet Dove Sensitive Skin Beauty Bar – it gives you truly mild cleansing that leaves sensitive skin feeling soft and smooth. This Dove Beauty Bar for sensitive skin brings you classic Dove cleansers and ¼ moisturizing cream in a fragrance-free, hypoallergenic bar that's gentle enough for sensitive skin. Containing no no parabens or sulfate cleansers, the bar soap helps protect skin's natural moisture as part of your daily routine and can be used on your hands, body or face. It's the gentle skin care your sensitive skin deserves."[7] Defendants describe it as "ideal for sensitive skin care."[8] "Our Sensitive Beauty Bar is made specifically for sensitive skin. Unlike ordinary soap, it truly cares for your skin with mild cleansers that don't cause dryness."[9]

49. For Vaseline baby Healing Jelly Defendants reinforces its Labeling Claims on online retailers, describing the product as "gentle on skin," "a gentle and pure skin care moisturizer that helps treat and prevent chafed skin from diaper rash," "a trusted skin care product that adds a

---

[5] https://www.kroger.com/p/dove-body-wash-sensitive-skin-20-oz/0001111112224?fulfillment=PICKUP&storecode=02400339&&cid=shp_adw_shopl_.FY25.01_search_ent_awar.all_allent.lia_corelia_kroger.t1_g_lia_shop_all_na_verylowperformers_rank2_rev_roas_sf_ma%23%23%23%23%23%23%23%23%23&gad_source=1&gclid=CjwKCAiA5eC9BhAuEiwA3CKwQhqApe7SP2kbg-hXZ9FtBqDQB8256OrMxnjW9rZuo8g0HkENv_25VxoCycsQAvD_BwE&gclsrc=aw.ds; https://www.cvs.com/shop/dove-sensitive-skin-body-wash-prodid-978213; https://www.target.com/p/dove-sensitive-skin-hypoallergenic-body-wash-20-fl-oz/-/A-11695275
[6] https://www.dove.com/us/en/p/sensitive-skin-beauty-bar.html/00011111613782
[7] *Id.*
[8] *Id.*
[9] *Id.*

soothing and protective barrier to help relieve baby's discomfort," and "gentle enough to treat dry skin on baby's face and body."

50. Because even a *minute* amount of a chemical allergen is enough to cause a full-blown allergic response, Defendants know that consumers rely upon it to not only test the final product formulation for basic safety, but to select only those ingredients that are known to be safe, and to avoid ingredients that are known, common allergens.

51. On their website, Defendants stress not only product safety, but *ingredient* safety. As Defendants explain:

> For us, choosing the right ingredients takes time. We only pick ingredients that do a job like no other and that we have individually assessed to be safe. We find natural ingredients that offer the levels of care for skin and hair which you expect from a Dove product. If we can't source the quantities we need in a sustainable, ethically sourced way (or if the natural sources contain too many impurities, along with the good stuff) we can use nature-identical versions synthesized in laboratories for maximum purity and safety. We're always looking to the future. By combining these approaches in sourcing Dove ingredients, we can offer you the care your skin and hair loves.[10]

52. Regarding fragrance allergens specifically, Defendant writes on its website (though not on the Products' labels):

> Transparency in fragrance allergens[;] We recognize that a selection of ingredients used in fragrances have the potential to cause skin allergies in some individuals, we therefore disclose fragrance ingredients on our labels for transparency and to help you make informed choices. We also offer ranges of lightly scented or fragrance-free products for people who prefer unscented or fragrance-free products.
>
> We use only the highest-quality fragrance ingredients that meet global standards set by the International Fragrance Association (IFRA). We also have our own set of fragrance standards, which are stricter than the industry global standards. On top of this, we only use a very small amount of each fragrance ingredient – you might not think it, but the fragrance in total typically makes up 1.5% or much less of the

[10] https://www.dove.com/us/en/stories/about-dove/ingredients-we-use.html

> overall product formulation. Plus, each fragrance is a mixture of literally dozens of ingredients, so the amount of any one ingredient in any product is very small.[11]

**C. Definition of Hypoallergenic.**

53. The scientific and regulatory definition of a skin sensitizer is a substance that causes sensitization by skin contact in a substantial number of persons based on human evidence or appropriate animal testing.

54. If a skin sensitizer makes up 0.1% or more of a product, or if the product contains a sensitizer that may elicit an allergic response at concentrations smaller than 0.1% in individuals who are already sensitized to the chemical, the *entire* product mixture is classified as a skin sensitizer. In other words, such a product causes sensitization by skin contact in a substantial number of persons based on human evidence or appropriate animal testing.

55. A product that is a skin sensitizer is not hypoallergenic and is not suitable for sensitive skin.

56. Consumers believe and expect that a product that is labeled hypoallergenic and intended for sensitive skin does not contain skin sensitizers at a concentration that could elicit an allergic response in sensitized individuals.

57. Once skin is sensitized, even a *minute* amount of the chemical allergen is enough to cause a full-blown allergic response. Thus, consumers seeking *hypoallergenic* products or products marketed as suitable for "sensitive skin" expect that the product does not contain *any* skin sensitizers.

58. The terms "hypoallergenic" and "sensitive" or "sensitive skin" on the Products' labels communicate to reasonable consumers that the Products: (a) are not a skin sensitizers

---

[11] https://www.dove.com/us/en/stories/about-dove/ingredient-transparency.html#:~:text=We%252520recognize%252520that%252520a%252520selection,help%252520you%252520make%252520informed%252520choices.

themselves; (b) will not cause skin irritation or corrosion or contact dermatitis when used as directed by its intended users; (c) do not contain a significant amount of ingredients known to cause skin irritation or corrosion or contact dermatitis in their intended users; and (d) do not contain skin sensitizer ingredients in an amount that can reasonably be expected to induce an allergic response in a significant number of its intended users or in sensitized individuals.

59. The terms "hypoallergenic" and "sensitive skin" or "sensitive" on the Products' labels also communicate to reasonable consumers that the Products are less likely to cause an allergic reaction in their intended users than similar, competing products which do not claim to be hypoallergenic.

### D. Product Ingredients Contradicting "Hypoallergenic" and "Sensitive Skin" Claims

60. Defendants' Products contain substances classified by reputable authorities as skin sensitizers.

61. One example of skin sensitizer ingredients in the Dove Sensitive Skin Body Wash and Vaseline baby Healing Jelly Products are fragrance chemicals. Fragrance is one of the most common allergens and skin irritants, and a leading cause of allergic contact dermatitis according to the American Academy of Dermatology ("AAD"). Indeed, the AAD estimates about 2.5 *million* Americans have fragrance allergies.

62. These Products contains fragrance in an amount that can be reasonably expected to induce an allergic response in a significant number of people, and especially so in the intended customer base.

63. The risk of contact dermatitis from fragrance chemicals increases for those with compromised skin barriers. For individuals with sensitive skin or conditions like eczema, rosacea,

or psoriasis, the use of fragranced products can be particularly problematic, exacerbating these conditions over time.

64. Even when there is no visible redness or rashes after using a product with fragrance chemicals, there may be inflammation at the cellular level and long-term consequences if use is prolonged. With repeated exposure over time, even individuals who initially tolerate fragranced products may develop allergies or sensitivities, sometimes leading to chronic skin issues.

65. The role of fragrance in skin care products is limited to aesthetic appeal and masking the natural scent of active ingredients. In other words, fragrance chemicals serve no essential purpose and do not contribute to the efficacy of skin care products in treating or alleviating skin issues.

**Dove Sensitive Skin Body Wash**

66. In addition to fragrance, Defendants' Dove Sensitive Skin Body Wash contains the fragrance chemical Tetramethyl Acetyloctahydronaphthalenes in an amount that can be reasonably expected to induce an allergic response in a significant number of people.[12] Often marketed as Iso E Super, Timbersilk, and similar names, Tetramethyl acetyloctahydronaphthalenes are considered known skin sensitizers and allergens, and are categorized as such.

67. Consumer reviews confirm consumers' surprise and disappointment that Defendants' Dove Sensitive Skin Body Wash marketed as "hypoallergenic" and suitable for "sensitive skin" would have such a high concentration of fragrance chemicals, and would so routinely cause allergic reactions:

[12] https://smartlabel.unileverusa.com/011111396494-0001-en-US/index.html

TRae

★☆☆☆☆ **FULL of fragrance. NOT hypoallergenic**

Reviewed in the United States on April 23, 2023

Scent: Fragranced | Size: 30.6 Fl Oz (Pack of 3)

This product is laden with perfume and not fragrance-free. Please don't call it hypoallergenic unless it is free of toxic perfumes. So disappointed, Dove.

11 people found this helpful

Helpful | Report

ReticentRobot

★☆☆☆☆ **Not Fragrance-Free (Don't let the product description fool you)**

Reviewed in the United States on April 4, 2022

Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1)

From product description on Amazon: "...Like the Dove Sensitive Skin Body Wash, a fragrance-free, hypoallergenic body was..."

However, this product is 100% NOT fragrance-free.

One person found this helpful

Helpful | Report

Andy

★☆☆☆☆ **NOT hypoallergenic**

Reviewed in the United States on May 10, 2022

Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1) | Verified Purchase

The very first day I used it, I broke out in hives ALL over my body. My body got swollen and itchy all over. I thought it was because I was playing with a dog (I'm super allergic and break out when I touch dogs). It's been over a week and I'm still recovering from it but now today I broke out again on my arm again. I kept using the body wash because I didn't put two and two together but I just realized the day I broke out was the first day I used this soap. This is ridiculous. Definitely not good for sensitive skin— at all.



Vanessa Clark

★☆☆☆☆ **NOT SENSITIVE SKIN FRIENDLY - HAS FRAGRANCE**

Reviewed in the United States on April 22, 2023

Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1)

This product is so misleading. It clearly states that it is hypoallergenic and for sensitive skin, which would have one assume that it wouldn't have fragrance in it, when in fact, it does. And we're not even talking about a barely noticeable fragrance, it's a pretty strong fragrance, and if you have dermatitis or eczema, chances are your skin will burn and itch like mine did from only using it once. It doesn't make sense that their sensitive skin soap bar (which is lovely) has no fragrance, but the sensitive body wash does. They need to either keep it consistent, or make it clearer that this does have fragrance, and maybe even go as far as to not even call it a sensitive skin product. It's just not what it's advertised as, stay away!

Helpful | Report

GCNYC

★☆☆☆☆ **SCENTED AND NOT HYPOALLERGENIC**

Reviewed in the United States on November 16, 2021

Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1)

Wow. I generally use natural very low scent product without any added perfume but due to some skin issues I was told to buy only hypoallergenic non-scented items to calm my skin and dove was on the list. I bought this hypoallergenic formula. The minute I cracked open the bottle and put it on my legs I felt like I had fallen into an old lady's perfume drawer!. I am mediately grabbed the bottle and saw that perfume fragrance was one of the ingredients. This is not hypoallergenic and this is not scent-free and in fact it's got such an awful cheap scent, especially if you are used to natural and quality perfumes. Allergy inducing and scented.

Helpful | Report

Ricardo Patino

★☆☆☆☆ **It should not be scented**

Reviewed in the United States on November 22, 2021

Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1)

I've had sensitive skin all my life. The constant fear of using something on my skin that will cause a breakout, and the doctor visits and weeks or months of medication to clear up my skin.

Having said that, I am always extremely careful when using a self-care product, this includes nothing scented and now I am bothered by fragrances because I am not used to them. So it baffles me why Dove decided to scent this hypoallergenic product, way to completely miss the mark on their core consumer needs. Needless to say I discontinued usage and discarded it.

Helpful | Report

Daniel C.

★☆☆☆☆ **Doubt it's actually hypoallergenic**

Reviewed in the United States on January 1, 2022

Scent: Unscented | Size: 20 Fl Oz (Pack of 2) | Verified Purchase

I bought this as its advertised as being more natural without scents, dyes, or other chemicals. I have not been one to ever have an issue with sensitivity to soaps but this made my chest break out like crazy. Would not recommend.

Helpful | Report

Mark babich

★☆☆☆☆ **why would a "hypoallergenic" sensitive skin product have a potent noxious scent**

Reviewed in the United States on August 16, 2020

Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1) | Verified Purchase

what is wrong with manufacturers??? too many consumer surveys where they don't really understand the responses, or don't know how to poise the questions????

Janice

★★☆☆☆ **Gave me hives and has strong fragrance**

Reviewed in the United States on January 12, 2022

Scent: Unscented | Size: 20 Fl Oz (Pack of 2) | Verified Purchase

Bought because I prefer fragrance free products on my skin, and this soap had a chunky consistency, broke me out in hives and was strongly scented. I read the ingredients and one of them is fragrance. This product shouldn't be labeled as hypoallergenic if there's fragrance in it. This can cause allergic reactions to people with sensitive skin.

One person found this helpful

Helpful | Report

MadMags

★☆☆☆☆ **Strong Smell**

Reviewed in the United States on August 7, 2024

Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1) | Verified Purchase

Don't know how Dove can call this hypoallergenic and say it's for sensitive skin when it is scented, and scented strongly. It's awful. The perfume makes me itch.

Helpful | Report

Josh
**It works as in cleanses you**
Reviewed in the United States on August 26, 2020
Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1) | Verified Purchase
If you truly have sensitive skin like me than you appreciate it being Hypoallergenic. What my skin doesn't like as it is sensitive is the added Fragrance (parfum). Which irritates my "SENSITIVE" skin.

Heavy fragrant smell
3 people found this helpful
Helpful | Report

SJ
**Not for sensitive skin/hypoallergenic**
Reviewed in the United States on October 27, 2023
Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1) | Verified Purchase
I've bought this product because it says sensitive skin and hypoallergenic. It made my skin break out and itch. I looked at the ingredients and sure enough it has fragrance in it. Fragrance is an ingredient that causes allergic reactions.
7 people found this helpful
Helpful | Report

David Z
**this is not hypoallergenic to your NOSE**
Reviewed in the United States on April 8, 2022
Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1) | Verified Purchase
if i buy something that is hypoallergenic i expect it to be fragrance free, bc A) added chemicals producing a fragrance are added chemicals i may be sensitive to, and B) allergens are not limited to skin, duh.

anyway, I'm sensitive to smells and this stuff is to perfumey by far for me. FAIL
One person found this helpful
Helpful | Report

Anis
**Fragrance doesn't belong in hypoallergenic products**
Reviewed in the United States on April 16, 2021
Scent: Unscented | Size: 30.6 Fl Oz (Pack of 1) | Verified Purchase
I love Dove's Sensitive Beauty Bars so I decided to try the liquid version. It smells absolutely awful. I'm extremely dissatisfied with this product. Fragrance is a major trigger for skin conditions like dermatitis and rosacea. The scent clings to your skin even after you get out of the shower. It feels good but it also doesn't lather. I'm going to stick with the bar soap from now on.

Adam D.
**Has a notable scent**
Reviewed in the United States on March 2, 2021
Scent: Sensitive Skin | Size: 22 Fl Oz (Pack of 4) | Verified Purchase
I mistakenly thought the "Hypoallergenic and Sulfate Free Sensitive Skin" version would be free and clear, to include being unscented. It has a very noticeable scent. It doesn't mention anything on it regarding a scent.

68. Further, consumer reviews on Defendants' *own website*, dove.com, which Defendant monitors and frequently responds to, shows that Defendant has known for *more than a decade* that consumers were shocked to find out that the Product contains fragrance and is not

truly hypoallergenic or suitable for sensitive skin, and routinely gives consumers rashes and causes skin issues. The following reviews from Defendants' website are illustrative:[13]

★☆☆☆☆
Misleading re: fragrance
CSensitive
a month ago

What a shame to confuse consumers who rely on your communications for product safety. Your answer to one consumer question was that your product is fragrance free, when the label clearly shows fragrance (parfum). Unfortunately, it makes me distrust a brand I have relied on for years. If your product includes fragrance, whether a masking fragrance or not, you should say so and/or offer clarity if you distinguish between unscented and fragrance free.

★☆☆☆☆
Disappointed
Nothappy22
a month ago

Have been using dove for most of my life , disappointed this product saying safe for sensitive skin is causing a rash, I when to look up ingredient to see why i reacted but can confirm i have the same rash as pictured in other reviews. Again disappointed i was a loyal customer now need to source a new brand of body wash.

No, I do not recommend this product.

Helpful? (2) (0) Report

Response from Dove: a month ago

Dove Consumer Service

Hi there, we're truly sorry to hear about the issue you've experienced with Dove Body Wash Sensitive Skin. Thank you for bringing this to our attention. We want to make things right for you. Please send us an email at unileverconsumercare.usa@unilever.com with your details, and reference ID 55190817 we'll make sure to assist you promptly.

★☆☆☆☆
Horrible
V804
4 months ago

I tried this product for the first time this week and woke up in the middle of the night to a full body rash, extreme itching and welts all over where the product was used. Almost led to a hospital visit, this product needs to be pulled off shelves and makes me wary of using any of their products in the future.

No, I do not recommend this product.



Helpful? (4) (0) Report

Response from Dove: 3 months ago

SheaMoisture Consumer Services

Hi V804, we are sorry to hear about the severe reaction you experienced with our Dove Body Wash Sensitive Skin, what you described sounds extremely distressing, and that is not the experience we want anyone to have with our products.

---

[13] https://www.dove.com/us/en/p/sensitive-body-wash.html/00011111122246 (screenshots taken on July 28, 2026).

★☆☆☆☆

### Now it's grainy?

Nah1

6 months ago

I've been using this soap for about 10yrs now. I've also been using it on my child since she was one. I got a bottle a couple days ago and it's very grainy. I looked it up to make sure it wasn't bad or anything and apparently it's an issue with their "new" formula. It makes the product feel unsafe. Like something is expired or wrong with it. This will probably be the last bottle I buy and I might throw it out tbh. I'm very disappointed and kinda disgusted by this.

Helpful? (2) (1) Report

Response from Dove: 3 months ago

Dove Consumer Services

We're truly sorry to hear about the issue you've experienced with product. Thank you for bringing this to our attention. We want to make things right for you. Please send us an email at unileverconsumercare.usa@unilever.com with your details, and reference ID 53829314 we'll make sure to assist you promptly.

★☆☆☆☆

### Horrible. If you have sensitive skin go somewhere

BOOOOOOOOOOOO

7 months ago

The new formula is awful. I've been using this brand for years with no issues. But with whatever they did now I'm itching, burning and after drying off my skin is immediately drying out I needed to use extra lotion where I could.

★☆☆☆☆

### Disappointing New Formula, Very Irritating to Skin

SensitiveGal90

7 months ago

I have used this product for years. When I bought the new formulation (without noticing), I thought they had mispackaged shampoo as body wash. It doesn't provide very good suds, and it has dried my sensitive skin out a lot (more than normal, fragranced body wash used to.) I'm saddened that I'll now have to be shppping for an alternative.

**How would you describe your skin on your body?** Dry

Helpful? (4) (0) Report

★☆☆☆☆

### Not expected

Hilo

8 months ago

Broke out all over my waist and arms. I typically use the exfoliating or antibacterial body wash and have tried other scented ones too but never broke out until using this one.

★☆☆☆☆

Remove the Fragrance

Guin

8 months ago

I used to use Dove regularly but since it was reformulated and has fragrance I have broken out in rashes! Bring back no fragrance to really make it for sensitive skin!

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (6) (0) Report

★☆☆☆☆

Horrible! Will make your lady pets burn

Jord

9 months ago

I have used this product for many years and had no problems but the last bottle I bought cause major burning swelling, and itching in my private parts. Absolutely horrible! I was in so much pain I could hardly walk. So disappointed in dove. This product needs to be pulled immediately!

★☆☆☆☆

Terrible

Sassy86

10 months ago

I have been using dove for 25 years and I'm very disappointed with the new formula. I have sensitive skin and this was the only wash I could ever use. Now my skin is itching and it's causing problems in my areas down below. Sorry you guys have lost a lifelong customer!

**How would you describe your skin on your body?** Normal

No, I do not recommend this product.

Helpful? (4) (1) Report

★☆☆☆☆

A sensitive skin no-no.

Nikita B

10 months ago

I have been using the body wash and beauty bar (both sensitive skin) for years but could not figure out why I would always itch. I changed from lotion to cream and I stopped taking really hot showers. It wasn't until my mother (who also uses Dove products - just doesn't have sensitive skin) used my body wash and soap and her skin was immediately dried out and itchy that I figured out it was the Dove products. I have not found a replacement yet but will not be returning to this.

★☆☆☆☆

Dermatologist-recommended does not mean it is derm

deslim

10 months ago

#1 dermatologist-recommended body wash brand for sensitive skin, still does not mean it is dermatology tested product. I had used this product, and it causes my hand to itch. I switch to a dermatology tested body and the itchy symptom is gone.

Helpful? (2) (2) Report

★☆☆☆☆

Do not buy if you have a sensitive skin

Amba

11 months ago

I do not like this new formula for sensitive skin.

★☆☆☆☆

Did ingredients change

Sessa

11 months ago

I have been using Dove products for sensitive skin for over 6 years. Started using Dove sensitive 24 hr renewing micro moisture and have developed severe rashes/allergic reaction to it...Did the ingredients change ?? Also noticed that it seems to be drying my skin and making it itch. Will no longer be using this product...my dermatologist even mentioned that you might have changed ingredients.

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (4) (1) Report

★☆☆☆☆

Itchy

Sangal

a year ago

I have used Dove Sensitive for many years. The new formula doesn't have that gentle, nearly non-existent smell - it's more caustic. The new formula creates a slight burning sensation in my genital area, even though I don't directly use it there; then leaves that area itchy long after my shower. So sorry to say I can no longer use the product. I'd so love to have the old Dove Sensitive formula back.

★☆☆☆☆

Rashes 😔

Khlobow

a year ago

Idk what it is about this product, I bought it from a local store and it worked horribly, it gave me rashes on skin and I'd not recommend this product at all. Might just be my skin but it left multiple rashes, especially on my s lower stomach(bullybutton and etc)and upper legs(from knees and up)Now, I can barely walk without my legs rubbing up against each other and burning. I recommend Olay or Eos instead.

**How would you describe your skin on your body?** Normal

No, I do not recommend this product.

Helpful? (7) (2) Report

Response from Dove: a year ago

Dove Consumer Services

Thank you for sharing your experience with us. We're sorry to hear this. Your feedback is important to us, and we take it seriously. Our team would like to connect with you to gather some additional details. Please reach out to us at consumer.services@unilever.com with your contact details and the ref id # 51407753.

★☆☆☆☆

Fragrance included in hypoallergenic

Bridglt

a year ago

My dermatologist gave me a sample to try and I have regrets. Generally hypoallergenic products are fragrance free, but this one isn't and I think that is irritating my eczema

★☆☆☆☆

### Not good

Nicolet0524

a year ago

Idk what's going on with the formulation but my skin has been to irritated since I've used this product.

**How would you describe your skin on your body?** Dry

No, I do not recommend this product.




★☆☆☆☆

### Contains Fragrance (Parfum)

Messenger Woo

RECEIVED FREE PRODUCT

a year ago

Ingredients has fragrance (parfum), misleading advertisement. Extremely disappointed

★☆☆☆☆

### Watch out!

BbbbLEL

2 years ago

Been using this for months while pregnant and been having the worst allergic reactions to it. Never knew until now that this body wash was the reason. Definitely will not be using this brand anymore!

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.




Helpful? (1) (1) Report

Response from Dove: 2 years ago

Consumer Support

We're sorry to hear about your experience with our Sensitive Skin Body Wash. Your safety and satisfaction are our top priorities. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref ID# 48174941 so we can address this matter promptly. Thanks.

★☆☆☆☆

### Not for sensitive skin - eczema inducing!

Nothappy1

2 years ago

Wish I read reviews This is not for sensitive skin, has left me covered in eczema and dry skin. It's now cost me a lot of money trying to reverse the effects, plus the initial product was expensive. Very unhappy, lost sleep, and money.

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Dove: 2 years ago

Consumer Support

Thank you for sharing your experience. We apologize for any inconvenience caused by our Sensitive Skin Hypoallergenic Body Wash. Your satisfaction is our priority. Please reach out to our Consumer Services team at consumer.services@unilever.com with your contact details and the ref ID: 48014301 so we can address your concerns promptly.

★☆☆☆☆

### Drew blood from the itching

DoMi67

2 years ago

I used to love Dove products but in the past few years I have found that, despite buying the items for sensitive skin, I had itching so bad that I was drawing blood in my sleep from scratching. Of course that was IF I was able to get any sleep because of the itchiness! I stop using it and I have not been itchy since.

**How would you describe your skin on your body?** Sensitive, Dry

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Dove: 2 years ago

Dove Consumer Services

We apologize for the disappointment you experienced with our Sensitive Skin Hypoallergenic Body Wash. Your feedback helps us improve, and we want to make things right. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref ID# 47776269 so we can assist you further.

★☆☆☆☆

### Not Soy Allergy friendly

pokie1021

2 years ago

I am giving this a 1 star review because it has soybean oil in it, not because the soap itself is bad. I am allergic to soy, and did not anticipate a soy ingredient to be in this soap...because it is branded as "hypoallergenic." When I used the soap it left my skin dry and gave me rashes. I researched the soap and couldn't find any known allergens in it. I have recently discovered that in their ingredients they list "Glycine Soja" rather than Soybean. I am not sure why this was done, probably because soybean is a known allergen. Anyways, if you're allergic to soy this is not your soap.

Helpful? (1) (0) Report

Response from Dove: 2 years ago

Consumer Support

We're sorry to hear about your experience with Sensitive Hypoallergenic Body Wash. Your safety and satisfaction are our top priorities. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id # 47066422 so we can address this matter promptly. Thanks.

★☆☆☆☆

### Has fragrance!

Lede

2 years ago

Why does something that's made for sensitive skin and labeled hypoallergenic have fragrance in it?

**How would you describe your skin on your body?** Sensitive, Dry

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Dove: 2 years ago

Dove Consumer Services

Thanks for asking. Our unscented products do contain a small amount of perfume to neutralize natural odors of ingredients used in products - called "Masking Oil" Fragrance, therefore, is listed on package ingredients statement, because the amount of fragrance is so small, product is classified as "unscented" We hope this helps!

★☆☆☆☆

### Strong fragrance

Steven92710

2 years ago

It's too scented! Strong fragrance let fragrance at all, is irritating so it's not good for sensitive skin.




Helpful? (2) (0) Report

Response from Dove: 2 years ago

Dove Consumer Services

We're so sorry to hear you had this experience with our Sensitive Skin Body Wash. The quality of our products are very important to us, and we'd like to ask a few questions - could you please email our team at consumer.services@unilever.com, and share ref ID: 46728545, so we can gather more information. We'll be waiting for your email!

★☆☆☆☆

### Beware…..has fragrance

Susie45

2 years ago

I wish I had read the one star reviews prior to buying this body wash. I was given samples of the Dove Sensitive Soap when I was diagnosed with an allergy to fragrances in products and thought the body wash would be the same……it is very hard to read ingredients when you are in a store as they are tiny. I couldn't understand why my rash kept flaring up and now I have the answer, something that I thought was benign and was advertised as a Sensitive Skin Hypoallergenic Body Wash.. Very disappointing.

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (1) (0) Report

Response from Dove: 2 years ago

Dove Consumer Services

We're so sorry to hear you had this experience with our Sensitive Skin Body Wash. The quality of our products are very important to us, and we'd like to ask a few questions - could you please email our team at consumer.services@unilever.com, and share ref ID: 46668080, so we can gather more information. We'll be waiting for your email!

★☆☆☆☆

### NOT for sensitive skin!

Rondi

2 years ago

This product made my skin BURN! So much for use on sensitive skin!

Helpful? (1) (0) Report

★☆☆☆☆

### Disappointed

Just jay

2 years ago

This product made me break out with a quarter sized blister that is extremely painful on my right under arm. I discontinued using it immediately.

No, I do not recommend this product.

Helpful? (0) (0) Report

★☆☆☆☆

### Disappointed Dove Fan

WCW65

2 years ago

I've used Dove for Men products for several years and love them. So, when I saw this, I figured it would be as great as all the other Dove products I used. My thought was with the winter months coming this would be a great change for my skin. Reality was it irritated my skin and left a poor smell on my skin for a couple days. Again, big fan of Dove products, just not this one...

**How would you describe your skin on your body?** Normal

No, I do not recommend this product.




Helpful? (0) (0) Report

Response from Dove: 2 years ago

Consumer Support

We're so sorry to hear you had this experience with our Sensitive Skin Body Wash. The quality of our products are very important to us, and we'd like to ask a few questions - could you please email our team at consumer.services@unilever.com and share ref ID: 45647049, so we can ask you some questions. We'll be waiting for your email!

★☆☆☆☆

### Gave me a very itchy rash

Brittney199416

2 years ago

It took me weeks to figure out that this body wash was giving me a major rash on my back. I initially thought it was heat rash because i never thought a sensitive skin product would do that. The moment i stopped using this it went away. If you have sensitive skin i would not use this!

★☆☆☆☆

### Very disappointed the formula changed.

PHGONEGONE

3 years ago

I've been using dove sensitive for quite a while now as it is the only sensitive soap that doesn't leave some sort of sticky residue that makes your skin feel like there's a film left after and it's the only sensitive soap I've found that doesn't throw off my PH because there is no fragrance. However I got a twin pack of the body wash not thinking much of it since I use this all the time and when I used it for the first time immediately noticed the fragrance but it's all I had so I decided to give it a try and lord help me. I woke up the after the second use to a completely thrown PH and the soap is the only thing I changed in my routine. Luckily I was able to find the car soap with no fragrance but come on dove. If it ain't broke don't fix it. You really let me down.

No, I do not recommend this product.

Helpful? (2) (0) Report

| Response from Dove: | 3 years ago |
| --- | --- |

Consumer Services

Thanks for reaching out! We're so sorry to hear of the experience that you had with our Sensitive Skin Body Wash - we'd like to understand this better. Please email our team at consumer.services@unilever.com and provide ref id: 41861971 so we can further assist you. We look forward to hearing from you.

★☆☆☆☆

### New formula no longer hypoallergenic

Joey99

3 years ago

I've used this for years. It used to be fragrance free, then they changed the formula and included some fragrance. I was about to tolerate it, but now they've changed the formula again and it has even more fragrance. I can no longer use your product because the fragrances cause me headaches and a general ill feeling. Thanks for taking a great product that was truly hypoallergenic and adding fragrances which now make it no longer hypoallergenic. I can no longer use this product.

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (2) (0) Report

| Response from Dove: | 3 years ago |
| --- | --- |

Consumer Services

Hi there, thanks for taking the time to share your thoughts on our Dove Sensitive Skin Body Wash. We're sorry to hear this scent wasn't for you, and we'll be sure to share your feedback with the rest of our team!

★☆☆☆☆

### Allergic reaction

erins230

4 years ago

I love dove body wash accidentally grabbed this one instead of my usual body wash from them and my skin was burning so bad I have sensitive skin and this was not it. Not sure why I'm allergic to this one specifically but not great for sensitive skin

influenster Originally posted on influenster.com

| Response from Dove: | 4 years ago |
| --- | --- |

Consumer Services

We appreciate the feedback and we'd like to make this up to you. Could you please email us at consumer.services@unilever.com 40723580?

★☆☆☆☆

### Includes fragrance

Tonya W

4 years ago

If this is being marketed for sensitive skin, it should absolutely NOT include fragrance. Or at least make it the last ingredient. I made the mistake of not reading the ingredients before I bought it assuming it was fragrance free (my fault tho for not checking).

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Dove: 4 years ago

Consumer Support

Our unscented products do contain a small amount of perfume to neutralize natural odors of ingredients used in products – called "Masking Oil". Fragrance, therefore, is listed on package ingredients statement. Because the amount of fragrance is so small, product is classified as "unscented"!

★☆☆☆☆

### This new stuff stinks! Literally

Ems1

4 years ago

I am not usually one to write a review, but this new sensitive skin Dove was awful. To my surprise, mid shower I smell a sort of eucalyptus, earthy scent. I compared to the old, & sure enough it was the Dove. Nooo! Because of my sensitive skin I cannot just use any product, but the smell was so bad that I think it's time to look for a new brand.

**How would you describe your skin on your body?** Sensitive, Dry

No, I do not recommend this product.

Helpful? (0) (0) Report

Response from Dove: 4 years ago

Consumer Support

We're always looking to improve, we're sorry this Dove Body Wash Sensitive Skin 22 oz wasn't the perfect fit for you. We've shared your thoughts with our team. Thanks!

★☆☆☆☆

### Should Not Have Fragrance

Sandras

4 years ago

I have only used Dove Sensitive Bar Soap for many years due to sensitive skin. I decided to buy the Dove Sensitive Body Wash, tried it yesterday only to find out it has a strong fragrance. If it is hypoallergenic and for sensitive skin, it should not have fragrance. Completely useless to me-caused very itchy skin

★☆☆☆☆

### New formula is not good

paigerutle

4 years ago

I've been buying this body wash for years and have loved it until I just bought one with the new formula. It's not has a very strong scent to it and dried out my skin after one use. I'll have to find a new body wash as this is no longer good for my sensitive skin. I'm disappointed in the change in formula.

**How would you describe your skin on your body?** Sensitive, Dry

No, I do not recommend this product.

Helpful? (8) (0) Report

| Response from Dove: | 4 years ago |
|---|---|
| Consumer Services<br>We're so sorry to hear about this experience. Please contact us at consumer.services@unilever.com and share ref id: 38488496. | |

★☆☆☆☆

### Itchy!!

Lmaguire

5 years ago

I've used dove for years and it never made my skin itch but when I use this my entire body itches and I can wait to wash it off. I am going back to the original dove wash

No, I do not recommend this product.

Helpful? (4) (0) Report

★☆☆☆☆

### New formula is horrible

TC2U

5 years ago

I have used this body wash for I don't know how many years and was great for my very sensitive skin. The new formula has tons of added fragrance and is killing my skin. I'll need to find a new wash now. So disappointed with Dove. There are tons of fragranced options already so why ruin this one?

★☆☆☆☆

### Would be great without fragrance

James L

5 years ago

If you make something for sensitive skin it shouldn't have a fragrance!! The bar soap of the same variety doesn't have a smell but the body wash does ??

**How would you describe your skin on your body?** Sensitive

Yes, I recommend this product.

Helpful? (8) (0) Report

★☆☆☆☆

### Fragrance in sensitive skin product

Chrisw

6 years ago

Please take all fragrances out of the sensitive skin body wash. I have extremely sensitive skin and allergies. I have to purchase the baby formula.

★☆☆☆☆
Broke my skin out!!!
Hatgirl
6 years ago

I only bought this because Sam's Club was sold out of Aveeno. I used it twice. Broke my skin out in itchy bumps immediately and second try was even worse. Now I have 3 big containers of this that I can't use. Sensitive Skin? HA! Hypoallergenic? HA!!

**How would you describe your skin on your body?** Dry

No, I do not recommend this product.






★☆☆☆☆
Unscented/Fragrance Free - - - -NOT!
Chip
7 years ago

Based on the numerous reviews I've read: It sounds like Dove tampered with a formulation which,for the longest time, did not need any tampering. I recently bought 2 bottles of the subject product. At the time of my purchase, I had quickly pulled the product off the shelf -- assuming it was the same product I had used for many years. Like many other commenters, it was only after I got home that I noticed fragrance/parfum in the ingredients. That will be my last purchase of this product. P.S. On my previous purchases of this product, I think I remember seeing "unscented" on the label. Now, "unscented" is nowhere to be found. I've noticed through the years that some manufacturers are hoping that customers won't notice when certain changes are made. I'VE NOTICED -- AND I WILL BE MOVING ON TO ANOTHER BRAND OF BODY WASH

**How would you describe your skin on your body?** Dry

No, I do not recommend this product.

Helpful? (4) (1) Report

★☆☆☆☆
Not fragrance free!
JanP
7 years ago

I'm so disappointed that you no longer make a fragrance free version of this body wash. I have extremely bad allergies and can not tolerate anything with fragrance. I have been using Dove products for years and am sadden that I can no longer purchase your products. Please bring back fragrance free body wash and deodorant!

★☆☆☆☆
New formulation burns skin.
Chrystal97
7 years ago

Once the formula was changed to sulfate free, My skin just burns. I was a die hard dove fan because of sensitive skin and used this soap for at least 15 years, and clearly the new formula is not for sensitive skin.

**How would you describe your skin on your body?** Sensitive, Dry

No, I do not recommend this product.

Helpful? (0) (0) Report

★☆☆☆☆
AVOID, HAS FRAGRANCE unlike the bar
osccaarr
7 years ago

I have the bar soap version and that doesn't have fragrance in it, that this version of the sensitive skin soap does have soap. What gives, Dove?

Helpful? (7) (0) Report

★☆☆☆☆

NOT fragrance free

SensitiveSkinRedhead

7 years ago

I am not sure why they would label a product for sensitive skin when it has fragrance as an ingredient. Especially since the Dove sensitive skin bar soap is fragrance free. I wasted my money on this and cannot use it. I should have read the label more carefully.

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (3) (0) Report

★☆☆☆☆

No longer good

SecondTimesACharm

8 years ago

No longer fragrance-free, therefore no longer good for truly sensitive skin. There's fragrance listed and it smells unpleasant. The older formula was better. I won't buy again.

**How would you describe your skin on your body?** Sensitive, Very Dry

Helpful? (13) (1) Report

★☆☆☆☆

Unbearably itchy since purchasing

brit93

8 years ago

I bought this because it is marked "sensitive skin" which USUALLY means fragrance-free. Unfortunately, there is an added fragrance and my skin has been itching all week. I was really looking forward to using this product, but I'm disappointed by the results. I've used Dove soap before without any negative effects, so I thought the body wash would also work for me.

**How would you describe your skin on your body?** Sensitive, Dry

No, I do not recommend this product.

Helpful? (18) (1) Report

★☆☆☆☆

Not for sensitive skin

Anonymous

8 years ago

I have eczema and only use the sensitive skin bar soap to wash hands and in shower, and was thrilled to find a body wash by the same brand, for sensitive skin. Unfortunately for me, i broke out in hives; arms, legs, stomach, and chest was covered. Waste of money. Huge disappointment.

★☆☆☆☆

### Has fragrance

Coll RN

8 years ago

I have been using the Dove sensitive BAR soap for years. I was excited to try this body wash. I was very disappointed that it has fragrance in it which many people like myself need to avid (hence why we have to buy a sensitive type soap). Would love it if they removed the fragrance and somehow used the bar formula. Looks like I will have to go back to the bar again.

No, I do not recommend this product.

Helpful? (25) (1) Report

Response from Dove: 8 years ago

Consumer Services

Please contact Dove at Consumer.Services@Unilever.com so we may learn more about your experience.

★☆☆☆☆

### Poor product

Packers

9 years ago

This is a sensitive skin product with fragrance in it. Not a good idea for sensitive skin. Much too large a container. 8-10 ounces would be better without the fragance

Quality of Product 5.0

★☆☆☆☆

### Smells terrible, very strong

Chrissy4girl

9 years ago

How can you say and call this product for sensitive skin but have fragrance in it? That makes no sense. Not a fan, very very disappointed.

No, I do not recommend this product.

Helpful? (21) (1) Report

Quality of Product 1.0

Response from Dove: 9 years ago

Consumer Services

Please contact Dove at Consumer.Services@Unilever.com so we may learn more about your experience.

★☆☆☆☆

### Not for sensitive skin. HAS FRAGRANCE.

Daniel21

9 years ago

I use the dove sensitive skin beauty bar as it is the only product that doesn't break my skin out. I saw this at the local store and figured finally! Someone has made a body wash for people with sensitive skin. Unfortunately I was foolish enough to trust the product and not check the label before using. I found out the hard way this has fragrance as an ingredient. Why would dove put FRAGRANCE as an ingredient in a SENSITIVE SKIN body wash? The label is very misleading. Will never purchase this product again unless fragrance is removed.

Quality of Product 1.0

★☆☆☆☆

### Disappointed

Jebbi1956

10 years ago

I just found out I'm allergic to fragrance. And was very disappointed to find out that the sensitive skin body wash has fragrance in it. I can use the beauty bar but would really like to find a body wash that's fragrance free. Begging Dove to take fragrance out of their body wash for sensitive skin...

No, I do not recommend this product.

Helpful? (39) (1) Report

★☆☆☆☆

### Methylchlorioslothone

Danni1OK

10 years ago

Quality of Product 1.0

I used to love this stuff, but unfortunately I am unable to use this and most other Dove products due to my husband's allergy to methylchloroisothiazolinone.

★☆☆☆☆

### New formula is HORRIBLE, scent is very unpleasant

fuzzybearslippers

10 years ago

Quality of Product 1.0

I recently purchased a new 4-pack of Dove Sensitive Skin "Unscented" body wash. I have been using Dove Sensitive Skin body wash for years on the advice of my physician, and it was wonderful. However, when I opened the new bottle in the shower for the first time, I was taken aback. The smell was heavy and overpowering, not the gentle and unobtrusive scent that I had come to associate with Dove. In fact the smell is so bad and the texture was so different, my first instinct was that someone had accidentally sent me hair conditioner instead of body wash. When I looked at the bottle and confirmed that it said body wash, my next instinct was that perhaps it had been a mistake made in the bottling plant. I went online only to discover that it had been reformulated. I am very scent sensitive, and Dove was the only body wash I could use that did not bother me. It smelled nice while using it and once I rinsed it off it didn't leave a residual odor. That is, unfortunately, not true with the new fragrance. First, I am wondering how they can advertise something with an overwhelming floral scent and "fragrance" blatantly listed in the ingredients as "unscented"? The smell is extremely unpleasant and it clings to you all day. I have tried to give it a shot and have been using it for a couple months now, but it simply does not get better. I would not, under any circumstances, recommend this product in it's current state. If, at some point, they go back to the old "Dove" smell, it is the best product under the sun. I have no idea what I am going to do with 3 1/2 bottles of this stuff, short of donating the unopened bottles to a food bank.

No, I do not recommend this product.

Helpful? (14) (1) Report

Response from Dove: 10 years ago

Csr Services

We are happy to hear you have been using our Dove Sensitive Skin Body Wash for years with great results, however you didn't care for the fragrance of our current formula. Please contact us at Consumer.Services@Unilever.com or call 800-671-6025 so we may assist you further.

★☆☆☆☆

Sensitive?!

fragrancefree80

11 years ago

Quality of Product 1.0

Why would Dove add fragrance to a sensitive skin formula? I have used this body wash for years and never had a problem. Suddenly I'm noticing a strong scent, and my skin is not happy. This product is not sensitive skin friendly any more!

No, I do not recommend this product.

Helpful? (39) (1) Report

Response from Dove: 11 years ago

Csr Services

Please contact us at Consumer.Services@Unilever.com or call 800-671-6025 so we may learn more about your experience.

★☆☆☆☆

NOT fragrance free!

Silvie45

11 years ago

Quality of Product 1.0

If you are sensitive to fragrances DO NOT buy this product!! It does have a scent! To people like me who have this issue this is a big deal. Label needs to be changed. Will not buy it again.

No, I do not recommend this product.

Helpful? (13) (1) Report

Response from Dove: 11 years ago

Csr Services

We appreciate the time you took to give us your feedback and would like for you to reach out to us at Consumer.Services@Unilever.com or call 800-671-6025 so we may learn more about your experience.

69. Defendants' Dove Sensitive Skin Body Wash also contains an array of other compounds known to cause allergic responses on skin.

70. For example, the Defendants' Dove Sensitive Skin Body Wash contains cocamidopropyl betaine in an amount that can be reasonably expected to induce an allergic response in a significant number of people. This chemical is a surfactant (soap). Besides water, it is one of the first three ingredients listed on the Product's back label:

**INGREDIENTS/INGRÉDIENTS :** WATER (EAU), SODIUM LAUROYL ISETHIONATE, SODIUM METHYL LAUROYL TAURATE, COCAMIDOPROPYL BETAINE, LAURIC ACID, SODIUM HYDROXYPROPYL STARCH PHOSPHATE, HYDROGENATED SOYBEAN OIL, GLYCINE SOJA (SOYBEAN) OIL, SODIUM CHLORIDE, GLYCERIN, STEARIC ACID, PALMITIC ACID, HYDROGENATED VEGETABLE GLYCERIDES, GLYCERYL STEARATE, HYDROXYSTEARIC ACID, SODIUM BENZOATE, GUAR HYDROXYPROPYLTRIMONIUM CHLORIDE, FRAGRANCE (PARFUM), CITRIC ACID, CAPRYLOYL GLYCINE, UNDECYLENOYL GLYCINE, SODIUM GLUCONATE.

71. Defendants' Safety Data Sheets disclose that cocamidopropyl betaine is present in the Product at concentrations of 1-10%, an amount more than sufficient to induce an allergic response in a significant number of people.

72. Cocamidopropyl betaine has been recognized as a Category 1 skin sensitizer by reputable authorities, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause allergic response in a substantial number of persons. In fact, cocamidopropyl betaine was named the Allergen of the Year in 2004 by the American Contact Dermatitis Society.

73. Cocamidopropyl betaine is also a skin irritant and causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. Based on human or animal evidence, it is suspected of damaging fertility or the unborn child. It is also very toxic to aquatic life.

74. Defendants' Dove Sensitive Skin Body Wash also contains citric acid in an amount that can be reasonably expected to induce an allergic response in a significant number of people. While citric acid is a common food ingredient, skin contact is known to cause allergic reactions in humans. It has been reported to cause Category 1B skin corrosion, meaning that it irreversibly damages the skin after short exposure; in animal tests, citric acid caused visible necrosis after less

than 1 hour of exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars. Citric acid also causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue of serious physical decay of vision which is not fully reversible within 21 days of application.

75. Defendants' Dove Sensitive Skin Body Wash also contains glycerin in an amount that can be reasonably expected to induce an allergic response in a significant number of people. Glycerin is known to cause eczema in humans. Based on its chemical structure and similarity to other known skin sensitizers, it is a suspected skin sensitizer. Glycerin is classified as a skin and eye irritant.

76. Defendants' Dove Sensitive Skin Body Wash also contains glyceryl stearate in an amount that can be reasonably expected to induce an allergic response in a significant number of people. Glyceryl stearate is a skin and eye irritant. In animal testing (rabbits), it caused erythema, edema, atonia, desquamation, and/or fissuring. It is also inherently toxic to aquatic life.

77. Defendants' Dove Sensitive Skin Body Wash also contains sodium benzoate. Testing classifies sodium benzoate as a Category 1 skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons. Sodium benzoate is also a skin irritant and causes serious eye damage as a Category 2 eye irritant. Testing finds that sodium benzoate causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of applications.

78. Some of Defendants' Dove Sensitive Skin Body Wash ingredients have not yet been sufficiently studied or analyzed for their skin sensitization potential.

79. To be clear, many of the Defendants' Dove Sensitive Skin Body Wash ingredients are permitted in body care products. But Defendants did not simply claim that Dove Sensitive Skin Body Wash is lawful to manufacture and sell. Defendants falsely and misleadingly claimed the Dove Sensitive Skin Body Wash and its ingredients are "hypoallergenic" and suitable for "sensitive skin" when they are not.

80. Accordingly, Defendants' inclusion of fragrance chemicals and other skin sensitizers in the Dove Sensitive Skin Body Wash as alleged herein directly contradicts the hypoallergenic and sensitive skin claims.

81. In fact, Dove Sensitive Skin Body Wash is *more* likely to cause an allergic reaction in consumers with sensitive skin than Defendant's Simple® branded skincare products.[14] Defendants' Simple® Skincare "is a skincare product targeted at people with sensitive skin." Critically, Defendants boast that Simple® Skincare is "fragrance-free" and "was recommended at once by doctors for people with sensitive skin" when it launched in 1960.[15] Defendants touts these "fragrance" free soaps as "hypoallergenic" and "dermatologist-tested."[16]

82. And, Dove Sensitive Skin Body Wash is *more likely* to cause an allergic reaction to scores of other body wash products that do not claim to by hypoallergenic, such as, for example, Cetaphil brand Ultra Gentle Body Wash, which does not contain fragrance,[17] and NATIVE brand

---

[14] https://www.unileverusa.com/brands/beauty-wellbeing/simple/
[15] *Id*.
[16] *Id*.
[17] https://www.amazon.com/Cetaphil-Fragrance-Ultra-Gentle-Ounce/dp/B0779RXJNC/ref=sr_1_8?dib=eyJ2IjoiMSJ9.GI016XmghoeOHzOB8nWLWj1zo1X7ijx9hlyuBm9KLygrYYZ6-q8AcsQcq6ayhI6cdBhfDJJU7ajvJEnBMKdZpWy9NkDqrL_yPnVmrhf-KmtzOdLMGJ0d2Sooh22WUGyY6a_4gvKJw3ZTdwD9MW6v7rU3j1Hyr9ADZXAYQhPvM1ZGd9ZPzsBIXQ5Mlli-GrGNd8YPcFRUV4SAq1CXWA4gV_sOZ13mZGJ-Vf3GyupYA3kSXhFVEtalz1EutWzINDIlrQX4rtugmU0k0gO15LmtAZXJyIdBCM9-YjFJAApQg8g.eZuEsjwIJqRyzI_NPd5zvTMSbRYaVggvzWSr2yrThz0&dib_tag=se&hvadid=816446651240&hvdev=c&hvexpln=67&hvlocphy=9014227&hvnetw=g&hvocijid=14721711511148473742--&hvqmt=e&hvrand=14721711511148473742&hvtargid=kwd-2491984701786&hydadcr=16369_13883071&keywords=fragrance-free+cetaphil+body+wash&mcid=fc3c08e792bd3b4cbfea3ca0cab1710c&qid=1785179858&sr=8-8

(unscented) body wash, which does not claim to be hypoallergenic or suitable for sensitive skin on the front label,[18] and HONEST brand Sensitive Shampoo + Body Wash, which does not claim to by hypoallergenic.[19]

**Vaseline Baby Healing Jelly**

83. On the back label of Vaseline brand Baby Healing Jelly Products, hidden in small print on the lower right side of the panel that reasonable consumers are not likely to notice, Defendants list fragrance as an inactive ingredient. Plaintiffs have added the red arrow for reference below:




[18] https://www.nativecos.com/products/body-wash?variant=47268047093934&srsltid=AfmBOorCOr15AoIIC-QWDmH9g-vFc5iI3BCPUiFdRHPXM83_kqO_0dmTfEg
[19] https://www.target.com/p/the-honest-company-sensitive-shampoo-body-wash-fragrance-free/-/A-1012521727?preselect=85412563#lnk=sametab

84. As discussed above, fragrance is one of the most common allergens and skin irritants, and a leading cause of allergic contact dermatitis according to the AAD. Indeed, the AAD estimates about 2.5 *million* Americans have fragrance allergies.

85. Vaseline brand Baby Healing Jelly Products contains fragrance in an amount that can be reasonably expected to induce an allergic response in a significant number of people, and especially so in the intended customer base.

86. The risk of contact dermatitis from fragrance chemicals increases for those with compromised skin barriers. Babies, the intended users of the product, as a whole generally have a compromised skin barrier. Newborn skin is roughly 30 percent thinner than adults. It is also significantly weaker than an adult's, and less capable of natural protection. For babies and individuals with sensitive skin or conditions like eczema, rosacea, or psoriasis, the use of fragranced products can be particularly problematic, exacerbating these conditions over time.

87. Consumer reviews confirm consumers' surprise and disappointment that Vaseline Baby Healing Jelly marketed as "hypoallergenic," "pediatrician recommended," and for babies' skin would have such a high concentration of fragrance chemicals, and would so routinely cause allergic reactions:

Jordan Nichols

**Fragrance present! Smell is strong.**

Reviewed in the United States on August 31, 2021

Size: 13 Ounce (Pack of 4) | Style: Baby | **Verified Purchase**

My kid has very sensitive skin. We always looks for hypoallergenic products and Vaseline is usually a great choice. I noticed this specific one while browsing ointment options and noticed it was for babies and is hypoallergenic. I didn't do much more investigation, but ordered it since the price point was so low and it was made for sensitive skin in mind. When we received it we immediately opened it to apply to our kid, but the smell took us aback. It is STRONG for being only 0.04% of the formula. It smells like baby powder. After applying, our kid broke out in a full body rash. She didn't sleep well that night.

Amanda

**If you have Eczema beware!**

Reviewed in the United States on February 23, 2023

Size: 13 Ounce (Pack of 4) | Style: Baby | **Verified Purchase**

I bought this for my son who has horrible eczema because the doctor told me to use Vaseline. I also have eczema on my hands. I don't know how this can possibly be marketed as hypoallergenic when it has a hidden fragrance! Fragrance is horrible for people with skin issues and this made my hands go beat red, crack and start bleeding. I had to wash them vigorously after touching this. My son also had a reaction and had to be wiped down afterwards. Do not use this if you have skin issues.

russelle catapusan

**Not good for baby**

Reviewed in the United States on May 11, 2023

Size: 13 Ounce (Pack of 4) | Style: Baby | **Verified Purchase**

Do not buy if your baby has sensitive skin. My baby had an allergic reaction first time trying baby Vaseline. She has blisters like rashes all over her body where I applied the Vaseline.



Ellie

**Not good for baby with sensitive skin**

Reviewed in the United States on January 17, 2025

**Verified Purchase**

It says this product is hypoallergenic, but I would stick to 100% and using their blue label. This product has perfume in it and made my daughter break out. May work for some babies, but if your baby has sensitive skin be aware.!
Read Label

SGJ

**should say "scented" in the product title**

Reviewed in the United States on January 4, 2020

Size: 13 Ounce (Pack of 4) | Style: Baby | **Verified Purchase**

I wish I had read the fine print of the description. Neither the title of the product nor the label on the jar mention the fact that it is scented (except for the ingredients list on the back, which lists "fragrance"). I would not have purchased if I had known — not worth the risk for sensitive skin, and not what I expected from a "hypoallergenic" product.

Brian

**Has fragrance, not hypoallergenic**

Reviewed in the United States on March 9, 2021

Size: 13 Ounce (Pack of 4) | Style: Baby | **Verified Purchase**

I should have read this more closely, but this product has fragrance, which is a known irritant. Definitely not ideal for a baby's skin.

Chris B

**Scented!**

Reviewed in the United States on August 13, 2020

Size: 13 Ounce (Pack of 4) | Style: Baby | **Verified Purchase**

I gave this product 2 stars. Says hypoallergenic but also has fragrance. Unfortunately i didnt know it was scented till we put in on my newborns diaper and he got a rash.

Neil

★☆☆☆☆ **Deceitful Label: NOT Hypollergenic!!!**

Reviewed in the United States on July 18, 2021

Size: 13 Ounce (Pack of 4) | Style: Baby | **Verified Purchase**

I bought this because it is labelled "hypoallergenic." The stuff contains "fragrance" as an ingredient. By definition, it's not hypoallergenic. I should add the fragrance smells horrible, like what's used in restroom disinfectant. Don't buy.

Tiffany Smith

★☆☆☆☆ **Not hypoallergenic!**

Reviewed in the United States on October 24, 2021

Size: 13 Ounce (Pack of 4) | Style: Baby | **Verified Purchase**

Just another misleading product… my daughter has severe eczema and Vaseline helps her. But this "baby" formula is just Vaseline with a fragrance which defeats the "hypoallergenic " sales pitch.

Josie

★☆☆☆☆ **Warning! Contains fragrance!**

Reviewed in the United States on November 24, 2021

Size: 13 Ounce (Pack of 4) | Style: Baby

This item looks like it's just regular vaseline, but if you read the fine print you can see that it contains fragrance. It takes a special kind of stupid to think it's a good idea to add fragrance to a product meant for baby's sensitive skin. I'm still seething about it, I feel like my baby was assaulted by this product, I can't believe they don't have "scented" written anywhere on the front. And it says hypoallergenic on the front, how is that possible when it has the added fragrance?!

Jan 10, 2021

★☆☆☆☆ **Verified Purchase** ⓘ

**Shylah**

**Item details**

Size: 13 oz

**Don't use on your babies!!!**

Horrible. I used this on my babies (1 yr old and 8mos) thinking it's safe since it's for babies. Their skin are very sensitive. This broke them out badly. Please don't use this on your babies!!!

Sep 15, 2023

★☆☆☆☆ **Verified Purchase** ⓘ

**Balkees**

**Item details**

Size: 13 oz

**skin rash**

my baby got skin irritated from it

Helpful? (0) (0) | Report

May 3, 2025

★☆☆☆☆

**Marziye**

**It has perfume**

My baby boy got rashes for 2 months until we recognized they are coming from this product which is scented. Such a rubbish!

Nov 24, 2015

★☆☆☆☆

**Abcd**

**Bad reaction to fragrance**

My daughter had no rash, put baby Vaseline on her and she broke out with a nasty diaper rash. Dermatologist tested my butt. The "fragrance" obviously has reactant components.

JIAWEN

★☆☆☆☆ **Don't use. Not recommended by pediatrician**

Reviewed in the United States on December 16, 2024

Size: 13 Ounce (Pack of 4) | Style: Baby | Verified Purchase

I was told today by a demonologist that it's not recommended by them since it added scent. It makes my son's eczema worse.

88. Consumers have reported these same types of experiences directly on Defendants' website, Vaseline.com, which Defendants monitor and routinely respond to. As can be seen in some of the reviews depicted below, Defendants have known since at least 2017 that the Vaseline Baby Healing Jelly does not meet the Labeling Claims because of the presence of fragrance:[20]

★☆☆☆☆

WHY IS IT SCENTED

Mell

08/12/2025

VASELINE SAYS

22/01/2026

Hi Mell, thank you for sharing your feedback. We're truly sorry to hear how frustrated and disappointed you feel your reaction is completely understandable, especially when choosing products meant for babies with sensitive skin. Your feedback is super important to us, and we'll make sure it gets passed along to the right team. If you'd like to chat more or have further concerns, feel free to reach out to us at (consumer-services.canada@unilever.com), and mention reference number 53853895, and we'll do our best to help.

★☆☆☆☆

FRAGRANCE IN A BABY FORMULA??!

Rzoro Verified user

06/05/2021

VASELINE SAYS

01/01/1900

We're sorry to hear you do not like the fragrance in our petroleum jelly. We've shared your disappointment with our staff. If you'd like to discuss your concerns in more detail, please reach out to us directly at consumer-services.canada@unilever.com.

[20] https://www.vaseline.com/ca/en/p/vaseline-jelly-baby.html/00065656913074 (screenshots taken on July 28, 2026).

★★★★★

NOT FOR SENSITIVE SKIN CONTAINS FRAGRANCE!

Cats Verified user

18/04/2021

★★★★★

THIS PRODUCT HAS FRAGRANCE!!?*

Jessie Verified user

26/03/2021

VASELINE SAYS

01/01/1900

We're sorry our product wasn't the right fit for you. The safety and efficacy of our products is our number one priority. We can confirm that our Jelly Baby formula does contain a light baby fresh fragrance, but we would like to gather more details on your specific experience. Please email Consumer-Services.Canada@Unilever.com ref: 35685215. Thanks!

★★★★★

LABEL SHOULD MENTION PRODUCT IS HEAVILY SCENTED

kaydee123 Verified user

25/02/2021

★★★★★

TERRIBLE AND SHOULD BE PULLED FROM SHELVES



Mommydearest4545 Verified user

23/02/2021

VASELINE SAYS

01/01/1900

We appreciate your feedback. We're sorry to hear about your disappointing experience with this product. We would love to speak with you further regarding your concerns and invite you to reach out to us at consumer.services-canada@unilever.com.

★☆☆☆☆

DON'T BUY THIS FOR SENSITIVE BABY SKIN!

★☆☆☆☆

SCENTED VASELINE FOR A BABY?!

JV2020 Verified user

04/09/2020

VASELINE SAYS

01/01/1900

We really appreciate you reaching out to us, and we're so sorry to hear about your experience. We'd like to review this further, so please contact our team directly at consumer-services.canada@unilever.com.

★☆☆☆☆

WORSENS RASHES

MomfromAfrica Verified user

30/07/2020

★☆☆☆☆

INCREDIBLY MISLEADING/CONTAINS FRAGRANCE

Jessicalisi Verified user

23/08/2019

★☆☆☆☆

SCENTED NOT GOOD FOR ECZEMA BABY

Shemeika Verified user

06/06/2019

VASELINE SAYS

01/01/1900

Thank you for taking the time to share your feedback, we are deeply sorry to learn about your experience. Prior to marketing, our research laboratories conduct thorough product tests to ensure our products are safe. We take reports such as yours very seriously. Please reach out to us directly at consumer-services.canada@unilever.com. We look forward to hearing from you.

★☆☆☆☆

SHOULD ADVERTISE IT HAS PARFUM

AliM Verified user

15/02/2019

VASELINE SAYS

01/01/1900

We're so sorry to hear that you had this experience. We would love to have the opportunity to gather some more details regarding what happened. Please reach out to us at consumer-services.canada@unilever.com

★☆☆☆☆

HEAVILY PERFUMED

EveO Verified user

30/04/2018

VASELINE SAYS

01/01/1900

We are so disappointed that you didn't have a great experience with our Vaseline Baby Jelly. Your feedback is very helpful and our team would love an opportunity to learn more about your experience, please contact us at consumer-services.canada@unilever.com. We look forward to hearing back from you!

★☆☆☆☆

SMELLS LIKE PERFUME

mom10 Verified user

08/02/2017

VASELINE SAYS

01/01/1900

We're so sorry to learn that you had this experience. We would love to have the opportunity to discuss this with you further. Please contact us at consumer-services.canada@unilever.com. Thank you.

89. Roughly half, if not more than half, of Vaseline Baby Healing Jelly reviews on Defendants' own website are one-star reviews where customers have complained for nearly a decade about being shocked that the product contains fragrance and has caused their babies and newborns severe rashes, making the product not hypoallergenic or suitable for baby skin.[21] In the most recent exchange with a customer asking "WHY IS IT SCENTED," Defendants responded in

[21] https://www.vaseline.com/ca/en/p/vaseline-jelly-baby.html/00065656913074

January 2026, "We're truly sorry to hear how frustrated and disappointed you feel your reaction is completely understandable, especially when choosing products meant for babies with sensitive skin." But Defendants' own comments show that they were aware since at least 2017 that consumers were complaining that it was incredibly misleading to include fragrance/parfum in these products.[22]

90. Vaseline Baby Healing Jelly is also far more likely to cause an allergic reaction than most of its direct competitors and copycats, such as Equate brand baby Petroleum Jelly,[23] which contains petrolatum only and no fragrance, and even CVS Health brand Petroleum Jelly, which states "Compare to Vaseline" on the front and has a picture of a baby, but contains no fragrance.[24]

**Dove Sensitive Skin Bar Soap**

91. With regards to Dove Sensitive Skin Bar Soap, scores of reviews on Defendants' own website for the Product[25] demonstrate that in late 2024 and into 2025 (and continuing today), users consistently noted that Defendants changed the formulation of Dove Sensitive Skin Bar Soap in a way that made them break out in hives and rashes, and suffer other ailments that made Dove Sensitive Skin Bar Soap totally unsuitable for sensitive skin. Further, consumers report that the new formulation contains an undisclosed "scent" or "fragrance." Indeed, it appears that Defendants

[22] *Id.*
[23] https://www.walmart.com/ip/Equate-Baby-100-Pure-Hypoallergenic-Petroleum-Jelly-2-5-Oz/882021110?wmlspartner=wlpa&selectedSellerId=0&wl13=6931&adid=22222222297882021110_0000000000_23892606167&wl0=&wl1=g&wl2=c&wl3=&wl4=&wl5=9014227&wl6=&wl7=&wl8=&wl9=pla&wl10=8175035&wl11=local&wl12=882021110&veh=sem&gclsrc=aw.ds&gad_source=1&gad_campaignid=23892627254&gbraid=0AAAAADmfBIoZVBFytrah31kJZ9Aaf4IaH&gclid=Cj0KCQjwsMLSBhD9ARIsAIpUTDobChxFDQvCh9i8A7FS28WbM8eL5MJKwnhtTCjHi-4uJuryNGFVvhMaAoVKEALw_wcB
[24] https://www.cvs.com/shop/cvs-petroleum-jelly-13-oz-prodid-2860013?skuId=949628&cgaa=QWxsb3dHb29nbGVUb0FjY2Vzc0NWU1BhZ2Vz&cid=ps_pla_fs_ac_psku_na_na_na_hp_ggl_na&gclsrc=aw.ds&gad_source=1&gad_campaignid=17854887732&gclid=Cj0KCQjwsMLSBhD9ARIsAIpUTDo1pTTPOUNPPOAmiMyggQeZ4lhkTaSXJ3-NnnNslbNt5SWemJ5vEekaApzyEALw_wcB
[25] https://www.dove.com/us/en/p/sensitive-skin-beauty-bar.html/00011111613782

began phasing in a new formulation of the product potentially over three years ago, with the main rollout occurring at the end of 2024.

92. The below images show the "new" and "original" formula labels:

**Original Label:**



**New Label With New Formulation:**






93. As seen above, the "new" label appears to be a very minor "refresh" than a substantive labeling change that would alert consumers that anything about the product has changed. Every relevant claim on the original label still appears on the new label, including the terms "hypoallergenic," "fragrance free" and "Dermatologist #1 Recommended." The only minor difference is that the new label states "sensitive" instead of "sensitive skin," but Defendants' dropping of the word "skin" from that statement does not change consumers' perception of the term. Consumers seeing "sensitive" on the new label still understand that the Product is suitable and specifically formulated to be used on sensitive skin. There is nothing on the new label to tip off consumers that the formulation of the product has changed, or that the Labeling Claims are no longer true and accurate.

94. The listed ingredients on the back or side label also would not tip off even extremely inquisitive consumers that anything has changed. The back/side label of the original product listed the following ingredients:

Sodium Lauroyl Isethionate, Stearic Acid, Lauric Acid, Sodium Oleate, Water (Eau), Sodium Isethionate, Sodium Stearate, Cocamidopropyl Betaine, Glycerin, Sodium Laurate, Tetrasodium Etidronate, Tetrasodium EDTA, Sodium Chloride, Kaolin or (ou) Titanium Dioxide.

95. The listed ingredients on the back/side of the new product lists the following ingredients:

Sodium Lauroyl Isethionate, Stearic Acid, Lauric Acid, Sodium Oleate, Water (Aqua), Sodium Isethionate, Sodium Stearate, Cocamidopropyl Betaine, Glycerin, Sodium Laurate, Tetrasodium Etidronate, Tetrasodium EDTA, Sodium Chloride, Titanium Dioxide (CI 77891).

96. A picture showing the sides of the original label, on the left, and the new label, on the right, is displayed below:[26]






[26] https://www.reddit.com/r/FragranceFreeBeauty/comments/1iz4tsk/new_dove_soaps/

97. At first glance, these ingredient lists look identical. Every single ingredient is identical, and in the same order. The only discrepancy is the final ingredient. On the original product, the final ingredient is listed as "Kaolin or (ou) Titanium Dioxide." On the new product, the final ingredient is listed as "Titanium Dioxide (CI 77891)." To everyone but an expert allergist, and Defendant's insiders, nothing about this change would cause alarm. But the two ingredients are in fact different.

98. The new Titanium Dioxide ingredient creates a more brilliant white color, likely used by Defendants to maximize the "whiteness" of the bar soap. Titanium Dioxide is a known skin sensitizer, and particularly harmful when inhaled (*i.e.*, when it gives off an odor), which is reportedly occurring with the Product, as discussed scores of the reviews below. Titanium Dioxide is listed on the Right to Know Hazardous Substance List by the New Jersey Department of Health, which states that it should be "handled as a CARCINOGEN—WITH EXTREME CAUTION."[27] It also states that "Titanium Dioxide may be a CARCINOGEN in humans. There may be no safe level of exposure to a carcinogen, so all contact should be reduced to the lowest possible level." Further, "[o]ne of the most common side effects of titanium dioxide is skin irritation," which can manifest in allergic reactions like "redness, itching, and hives."[28] "These reactions are more common in people with sensitive skin or existing allergies."

99. Kaolin, on the other hand, results in less dramatic whitening, but is a gentler ingredient on skin.

100. Notably, the side panels on the old and new labels still generally reinforce the Labeling Claims on the front label. As seen above, the side label on the new packaging, directly above the listed ingredients, touts that the Product contains "a fragrance-free, hypoallergenic

[27] https://nj.gov/health/eoh/rtkweb/documents/fs/1861.pdf
[28] https://www.peijinchem.com/info/the-side-effects-of-titanium-dioxide-an-in-de-102837403.html

formula that gently cleanses and nourishes skin," and that it is "gentle – for face, hands, and body," and that the "formula … visibly improves skin after just one shower." Each of these Labeling Claims are false and misleading for the new formula. The new formula is not "gentle," or "hypoallergenic," and is not suitable for, and does not improve, sensitive skin anywhere on the body.

101. The formulation change resulting in the negative experiences discussed herein may also be due to a change in the sourcing of the raw ingredients, and not a change in the ingredients themselves, resulting in a formula made with cheaper and inferior ingredients that interact together in a manner that causes skin rashes, eczema, and the other negative effects at issue.

102. Further, Sensitive Skin Bar Soap contains cocamidopropyl betain. As discussed above, cocamidopropyl betaine has been recognized as a Category 1 skin sensitizer by reputable authorities, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause allergic response in a substantial number of persons. In fact, cocamidopropyl betaine was named the Allergen of the Year in 2004 by the American Contact Dermatitis Society. The product contains cocamidopropyl betaine in an amount that can be reasonably expected to induce an allergic response in a significant number of people.

103. Sensitive Skin Bar Soap also contains glycerin in an amount that can be reasonably expected to induce an allergic response in a significant number of people. As discussed above, glycerin is known to cause eczema in humans. Based on its chemical structure and similarity to other known skin sensitizers, it is a suspected skin sensitizer. Glycerin is classified as a skin and eye irritant.

104. Though the precise formulation change between the old product and new product is known only to Defendants, the resulting effect on consumers has been severe and immediate. Based on the reviews discussed below, the above formulation change is not the only change that occurred, as other ingredients were also added that caused the Sensitive Skin Bar Soap to have a noticeable scent. Immediately following the formulation change, consumers flocked online to report to Defendants and other retailers that the new formulation was causing skin irritations, allergic responses, breathing and lung issues, and generally made each of the Labeling Claims false and misleading. Whatever the precise formulation change was, the new formula is not suitable for sensitive skin, is not hypoallergenic, and is not doctor recommended. The following is but a small sample of reviews for the product on Dove's website commenting on the formula change, its effect on consumer' skin, the presence of a new fragrance or scent, and the fact that the Labeling Claims are not true:[29]

★☆☆☆☆

**Be warned - awful smell**

Lebza

2 days ago

Do not waste your money. I have been using this product religiously for years (had three 16 packs at my house). Recently they must have changed the formula because it now smells like vomit (leaving an awful smell in the bathroom and on your body). It's also no longer kind to my skin (irritation). Luckily Costco took back all three packs and I will find a new brand for our household.

★☆☆☆☆

**What. did. you . do??!!**

Serenevibes

a month ago

I have been using this soap for many years for my sensitive skin. I just bought a pack. I would wash my face at night and wake up with red itchy eyes. Last night I washed in shower and when I got out my skin was on FIRE! Rash on my face, neck and chest. I am still recovering. Its obvious to myself and others you have changed something in out soap. I am not a lone on this matter reading the reviews of stores. Can you please go back to our beloved product? Our skin does not lie.

---

[29] The referenced dates on the reviews, such as "2 days ago" or "2 months ago" were automatically generated on Dove's website in January 2026 when counsel for Plaintiff was initially drafting this Complaint.

★☆☆☆☆

### Bad marketing and terrible scent

Asthma patient

a month ago

I just used a new bar of this and noticed a terrible smell almost like rotten cardboard. I did a search and found that the formula has been changed. What a shame! A product that I have used for years either confidence now aggravates my asthma. A notice should have been placed on the product.

★☆☆☆☆

### Awful new formula change

Tired of it

2 months ago

Why did you have to change this product? No one asked for this. The new product smells like chemicals and does not rinse off like it used to. I will no longer be buying this, and I am devastated to have to replace yet another much-loved product due to product changes. How can this be the most recommended dermatologist soap when the formula has changed? So disappointed in Dove.

★☆☆☆☆

### New formula: Stay clear, better soaps out there

Sd009

2 months ago

New formula, stay away from this product. No longer suitable for sensitive skin. Soap has given me the worse case of eczema and itchyness. I've been using this soap for over 8 years, no longer spending any money on Dove products. No notice or warning of a ingredients.

★☆☆☆☆

### NOT The Same Product - Terrible!

Maggie2025

2 months ago

Horrible. We have been using this soap for 10 years, and it's been a reliable product that did its job without causing irritation or leaving a residual scent. Well, no more! I immediately noticed an unusual odor, and after showering, my skin began to itch. This soap is NOT the same as the product we've used for the past decade. We are returning the bars most recently purchased from Amazon with disappointment; Dove has ruined a fine product.

★☆☆☆☆

### New Non-Sensitive ‘Formula’- Sell Outs

DoveSucks

2 months ago

Way to go. You guys sold out and cheaped out too. Now you are selling sensitive soap with a new formula that is in fact not sensitive- causing allergy and skin reaction. Weird chemical smell to new ‘formula’. So sad. Can’t trust anything nowadays. I used the real sensitive dove soap for 10 years. Trash.

★☆☆☆☆
### Terrible New Formula!!
marie1334

2 months ago

bro. why the new formula??? i've been using only this soap for 9 years, because it was the only thing that worked for my face. recently i've been getting weird rashes on my face and my skin has been so dry and irritated. then i found out that they changed the formula… it all makes sense now. welp, no more soap for me. ya lost a loyal customer

★☆☆☆☆
### Red Swollen Eyes
RebAlva

2 months ago

This product gave me one of the worst contact dermatitis rashes I have ever had. I'd say that there is zero chance that the ingredients are truly safe for sensitive skin and hypoallergenic. If you like red eyes, that are practically swollen shut then this is the product for you... otherwise I'd steer clear of it.

★☆☆☆☆
### Awful
Loso

3 months ago

Like why ? Just one?? Are y'all really still going to ignore your costumers needs??? Changing the formula and thinking we won't notice is just dumb! And y'all expecting us to suck it and just go with it is even dumber and the fact that y'all keep silent about this is even worse. No respect for your costumers! Money greed is an awful thing!

★☆☆☆☆
### New formula caused rashes.
Sambam92

3 months ago

I've been using this for a decade and the only product that worked for me. The formula made be break out. I got a rash and itched for days before I figured out that the formula changed. Had to throw away the whole pack. Bring back the old formula.

★☆☆☆☆
### A fragrance-free product that smells terrible
ajt7

3 months ago

I purchased a 16-bar pack of this stuff at Costco. Used it for the first time tonight and it smells terrible. Definitely not fragrance free. Smells sour, like vomit. Debating whether to take it back or donate the remaining 15 bars to a shelter ... not sure they'd even want it.

★☆☆☆☆
### Corporate Greed Has Ruined This Product
MattRB

3 months ago

Do not buy this product. MBAs at this company had the bright idea to dramatically cheapen this product. The old formulation had developed a deep level of trust with consumers. They know that this is an inferior product. This change is entirely based on increasing short term profits even if it drives their reputation into the dirt in the long term. It is all about short term profits even if it harms their loyal customers.

★☆☆☆☆

CAUSING RASH AND HIVES

Tyler R

3 months ago

This is literally the only soap bar I could have used, and you guys changed the ingredients or whatever you did to it, now it's giving me rash and hives. Why destroy a completely good product ? Did your customers tell you Hey, you know what you guys should do? change the ingredients! IT WAS WORKING JUST FINE!! CHANGE IT BACK!!

★☆☆☆☆

Yuck

Dirty Dan

3 months ago

Been using this soap for years but can't anymore because it makes my bathroom smell like a vomit soaked hobo.

★☆☆☆☆

Stinks!

Bring back old formula

3 months ago

Stinks awful as soon as you unwrap the box I left it out for a day to see if the smell would go away , it doesn't Why wreck a good thing I will never purchase again

★☆☆☆☆

Not unscented anymore

Unhappy user

3 months ago

What happened to Dove unscented soap? It is now so strong it gives me a headache. I wish you would go back to the old formula.

★☆☆☆☆

Why do they do it???

Moonpie

3 months ago

Awful. Listen to your customers. Change it back!!!

★☆☆☆☆

### Awful awful awful

shayla R

3 months ago

I wish I had read up on the recent reviews before I bought this soap, what a waste of money. It leaves a terrible film on my body and clogs my pores. I've never had body acne, and suddenly I had tons when I used this product just twice. I will never be buying another Dove product again, this is a horrible formulation and awful for those with sensitive skin. If you've had a negative experience, please review so others know not to purchase.

★☆☆☆☆

### Dove bar soap

Doveuser247

3 months ago

Been using this product for years and noticed a change in the soap smell and the creaminess is gone. Later I developed a bad rash . Dr said it was eczema.Ive never had eczema in my life! I suspected the soap as the cause,and after reading many comments on Reddit, it confirmed I'm not the only one. Dove, please listen to your customers. Change it back to the old formula. Don't change a good thing!! You will lose a lot of loyal customers.

★☆☆☆☆

### New version of sensitive bar soap is terrible!

Sophia B

3 months ago

Dove first the reformulated sensitive all day deodorant changed to something that itches, stings, and does nothing to stop wetness or odor and now I see the sensitive bar soap has also been reformulated. It now has a chemical smell that is awful and I can no longer use the bar soap. It's so strong I had to throw all the bars away as you can smell it through the box! I'm now looking for a new brand that was as good as the old version. I don't know why these decisions are being made but it's not working for both the new version of sensitive deodorant and the new version of soap. In case anyone is wondering the old bars say "sensitive skin" and the new bars just say "sensitive ". I'm long time customer who is so disappointed in the direction the sensitive skin products are moving. Please bring back the original version of sensitive products.

★☆☆☆☆

### This is like New Coke, but for Dove.

Adam G

4 months ago

I have used Dove soap for over 40 years, and was always happy with the results. I would even bring a bar with me when traveling so that I wouldn't have to irritate my skin with unfamiliar ingredients and scents. The new formula is just terrible. Not only does the soap have a terrible scent, it lasts for about half the number of showers that it used to. This is just yet one more example of a corporation trying to cut costs and increase profits by changing the ingredients and formula on a decades old product, and passing off the new product as the original, hoping that the average consumer would be none the wiser. Well, I can see from a large number or review on this site that the consumer is paying attention. Is Unilever paying attention to us? That was the last bar of Dove soap that I will ever buy, unless Unilever reverts to the original formula and has an advertising campaign touting their return their origins. Many of us can remember when Coca-Cola came out with New Coke, and the fiasco that was. At least they had the decency to not try to pass off the new formulation as the old, and gas light the public. It wasn't very long before they were forced to launch Coka-Cola Classic or risk losing market share to their competitors. At one point Dove soap had a nearly 25% market share, and was the third largest brand for Unilever. Too bad they brought in the wrong management team. I understand that a corporations fiduciary responsibility is to the share holders, of which I am one, but they also must understand when the actions they take risk brand reputation and reduce market share. You made a mistake, own up to it, and be better

★☆☆☆☆

### ODOR is unbearable

DoveOnly

4 months ago

Open the plastic wrap and the smell hits before opening the actual box. Listen to us!!! This is terrible. There is no way anyone at Unilever has washed with this soap. Who would approve this? FIRE them. It is a chemical smell. I had to purchase the liquid sensitive skin soap instead. It has zero fragrance. These bars are disgusting. I cannot use other brands and haven't for 20 years. Bring back the old formula. You are letting down your customers who really must have sensitive skin soap. I complained about this a few months back. This is ridiculous.

★☆☆☆☆

### Mrs

Amritha

4 months ago

Pls bring back the old formula.. this es the only soap that didn't irritate my skin and now this is irritating and itchy.. pls bring back the old formula.. pls.. I beg you

★☆☆☆☆

### New Formula doesn't work

AvgGuy

4 months ago

I've been using this soap for a while, but the last batch I bought from Costco made me itchy. I came online and found out the formula has changed. I'll have to switch to another brand from now on.

★☆☆☆☆

### Disappointed in the change

Former Supporter

4 months ago

I am so disappointed. My family and I have loved this sensitive skin bar for years, if not decades. When we switched to the new, smaller bars, I immediately noticed a smell (which isn't really bad to me, honestly). Then I started breaking out. My skin feels dry, and I'm doing damage control now. We have entire packs in our closet, and now I don't feel comfortable using this. Please consider changing the formula back.

★☆☆☆☆

### Terrible chemical smell and irritating

Robin12345

4 months ago

Not sure what has changed, but the soap has an offense chemical smell and is now irritating. Will definitely be looking for a different brand in the future.

★☆☆☆☆

### Burns my skin

Morg123

4 months ago

I want you to know I'm very upset with the formula change. I heavily relied on this product for years for my sensitive skin and the new formula burns! You've done this before with another body wash I used to use and I'm not returning to using dove after this, can't trust it.

★☆☆☆☆

### Bad smell, irritating to skin.

RN40

4 months ago

I have used Dove sensitive skin bar soap for years. Recently I noticed it had a bad smell. I thought it was an old batch and bought more at a different store. Same bad smell. I kept on using it and now the skin on the palms of my hands is peeling off and other areas of my body itch. Will no longer use this product.

★☆☆☆☆

### How did “unscented” become “unusable” due to odor?

Elsie1

5 months ago

Last month purchased Dove Sensitive Skin at supermarket and HAD TO return it due to the offensive smell. Been using this soap for DECADES and NEVER had an issue with their “unscented” formulation. Waited a while hoping it was a bad batch. Yesterday bought 16 bar package of this same product at Costco and JUST opened outer cellophane to test the odor. SAME HORRIBLE SMELL!!! Unusable and will need to return this as well! VERY DISAPPOINTING!

★☆☆☆☆

### RASH

ElaineG

5 months ago

Sensitive???? This left a horrible rash over my entire body, it was so bad, I needed to be put on steroids!

★☆☆☆☆

### Dove Sensitive Bar Soap Smells Terrible

JoeG68

5 months ago

Product says fragrance free. Open box and what an odor this soap has. Absolutely stinks!!! Smells terrible!!! I’ve contacted Unilever about my dissatisfaction with no reply from them. Would not recommend buying this product.

★☆☆☆☆

### Chemical Smell not Fragrance Free

No Name 56

5 months ago

I have been buying this soap for years! Last week, I bought a pack of soda and it had this weird chemical smell. I returned it and bought a new pack. Well, it has the same smell. I ordered some to be delivered from a different store as I did not have time to go back to the store and it has the same smell. What is going on with this? It has a very strong chemical smell and is giving me the worst headache. I will be returning this as I buy fragrance free due to fragrance issues. I will now be on the search for a new soap! Guess they have changed the formulation which is causing these issues.

★☆☆☆☆

## Nasty smell

Tom58

5 months ago

I couldn't get over the dreadful smell. I didn't dare wash with it. Reminds me of something in chem labs at university.

★☆☆☆☆

### Dove sensitive skin soap bar

Mimi 8

5 months ago

The sensitive skin Doce soap bar has been reformulated . The old formula contains Kaolin , the new formula contains Titanium Dioxide. The old formula ( with Koalin) was an amazing formula enough hydration with NO irritation . The new formula ( with Titanium Dioxide ) feels more hydrated once applied and then the skin feels tight and itchy . Please bring back the old formula of the Dove sensitive skin soap bar ( with Koalin NOT titanium dioxide )

★☆☆☆☆

### Horrible rash on hands and legs

AngryInSC

5 months ago

WARNING - causes horrible rash and hives. I don't know what they did with this new formula but it's terrible. It smells like mold/mildew and caused me to have horrible rash and hives for days. Never buying Dove again.

★☆☆☆☆

### What did you do? Please change it back.

Justmeo

6 months ago

What did you do? Why did you change, and ruin, the only soap that ever worked for me? Please, I'm begging you, change it back. The new, current, formula is terrible, smelly, and obnoxious.

★☆☆☆☆

### Change it back!

Stop the Change

6 months ago

Please change the sensitive skin bar soap back. I finally ran out of my old pack and just used the new one. It smelled weird (not fragrance but still a scent) and made my skin itch burn and itch. I will not be using any more of it.

★☆☆☆☆

### Horrible Smell That Lingers

Jenn36

6 months ago

The Sensitive bar has been reformulated and it's terrible. I thought other reviews were exaggerated- they are not. The bars smell rancid somehow, and after washing my hands it lingered for hours. I've used the Sensitive bar for my body and face for years, but will have to find something else. This is beyond bad.

★☆☆☆☆

## Causes itchiness- do not recommend

Matt456

6 months ago

I DO NOT recommend! Caused me months of massive itchiness, rashes and hives.

No, I do not recommend this product.



★☆☆☆☆

### WHAT DID YOU DO??

Disappointed25

6 months ago

The new "scent"/formula is TERRIBLE! When I bought a new pack of bars I was looking for mold and wondering where that horrible smell was coming from… it was coming from the soap! I have been a loyal Dove user for decades… no more…

★☆☆☆☆

### Horrible smell!

Moebe

6 months ago

I have used Dove sensitive skin bars as long as I can remember. However, last night I opened up new box of the bar soap and the smell was horrible! I was looking for mold because that is what it smelled like. Opened 3 more and they were as bad. Bought a new multipack thinking we got a bad batch. Nope - they all smell horrific! The smell is quite sickening and nauseating. I have been getting itchy underarm rashes lately. Now it makes sense - it is probably because of the soap! Dove what happened? I have been a faithful Dove user but will no longer buy Dove for my family.

★☆☆☆☆

### No longer unscented

Nibby

6 months ago

I have multiple chemical sensitivities. This was my favorite soap, but now it has a masking scent that means I can no longer use it

★☆☆☆☆

### CHANGE THE FORMULA BACK

Katie F

6 months ago

The new formula smells like mold and leaves me with itchy skin! PLEASE CHANGE IT BACK! This was the only soap I would use and now I have to change brands! I would much rather have stuck with Dove! Please change it back!

★☆☆☆☆

### New formula smells bad and causes itching

Vexed

7 months ago

I've been using this soap for over 20 years because it was one of the few soaps that was unfragranced and gentle on my skin. The new formulation smell like some of the the ingredients have gone bad. I tried to give it a try anyways and thought that perhaps I was just set in my ways and overreacting to a small change. It gave me skin irritation and a rash. Why did you change the formula of something that was so tried and true? And if you had to change it, why did you not warn consumers on the packaging, especially for a product that is aimed at people with sensitive skin? I have many sensitivities and allergies to personal care products (there are many of us who have been relying on this soap) and frankly it's exhausting to constantly have to wonder when your "safe" product will hurt you because the company that produces it can't be bothered to provide you with any information about major changes to what you are purchasing.

★☆☆☆☆

### CHANGE IT BACK

Frustrated22

7 months ago

PEOPLE HAVE LEGITIMATE SKIN ISSUES AND RELIED ON YOUR SOAP. WHY DID YOU CHANGE THE FORMULA???? This is ridiculous! I've used Dove sensitive bar soap for 20 years for severe eczema. PLEASE CHANGE IT BACK I don't have any other option!

★☆☆☆☆

### This is not fragrance free.

Disappointed in dove

7 months ago

This is not fragrance free. It used to be, but it isn't anymore. I found that out because I have been using this for YEARS and now, all the sudden, my "sensitive parts" are uncomfortable. I am allergic to synthetic fragrances, always have been. So I investigated all my products. Low and behold, what's got fragrance, now? My sensitive skin, hypoallergenic Dove soap. I am so disappointed and amazed that you are allowed to call it that.

★☆☆☆☆

### Formulation changes have lowered quality. Do not b

AnnoyedLady

7 months ago

Another incredible product ruined. I have been loyal to this soap for my whole life, literally. My mother used Dove sensitive on me as a child and I carried that habit over into adulthood. 30 years of purchases. Doctors have recommended this product. You've built a solid reputation and now think you can cheap out on ingredients and just ride out the trust consumers have in the brand name. I'll be switching products. People are getting sick of this and we're all well aware of money grabbing tactics. Thankfully there are other great bar cleansers on the market I can buy. I have extremely dry skin due to autoimmune disease. This was one of the few products I could use. I guess that list of safe products has gotten smaller, since I will no longer be purchasing Dove.

★☆☆☆☆

### New formula is garbage

Ls77

7 months ago

Dove , what did you do ?! WHY is there now a FRAGRANCE in this product ? I've been using the sensitive skin bar for years . It was my tried and true . I had to buy a new box and something is off - there is now an awful powdery STRONG fragrance you can smell through the box ! I used it thinking maybe I was crazy and now my intimate area is on fire and beyond irritated to the point I may have to make a doctors appointment. Why did you change something that worked so well for millions of people with allergies and sensitive skin and WHY are you putting a fragrance in something when you are advertising it as fragrance free ?!? I no longer trust any of your products and can no longer confidently use them . Shame on you .

★☆☆☆☆

### Please bring back the old formula!!!!

Idontlikestinkysoap

7 months ago

If I could give this negative stars I would. I have been using this product forever. People with sensitive skin search far and wide to find products that don't irritate their skin. The worst thing that can happen has happened, they changed their formula. I stock up on this product because I don't want to think about restocking basic toiletries. I just picked up a few 6 packs and they all stink to high heaven. I went to several different stores to purchase more thinking there was just an issue with the first batch. They all stink and irritate my skin, I now have an itchy rash. I now need to search for a new unscented soap that doesn't irritate my skin or make me sneeze. My husband and children hate the smell and feel as well. Why do companies try to fix something that does not need fixing? I found one bar of the old formula I hope it lasts until I find a replacement soap. Thanks Dove, you lost a loyal customer.

★☆☆☆☆

### Terrible moldy smell and itchy

Agonystes

7 months ago

What happened to this product?! Been buying Dove sensitive skin bar soap for over a decade. The last three pack of oap we bought smell like mold and old newspapers. Leaves our skin dry and itchy. We bought three separate 8 packs and returned them. Each one we replaced alhad that terrible smell straight out of the box. I guess we have to find a new bar soap. Very disappointed.

★☆☆☆☆

### TERRIBLE

Itchy in NJ

7 months ago

I have been using Dove soap for 40 years, and now I have to find another soap to bathe my sensitive skin. I am so angry with Dove and I HATE the new formula. It smells like garbage and is NOT for sensitive skin, it makes me itch. And, I am stuck with 11 other bars of soap because I just bought a large pack not knowing about the change. WHY? why change something that MILLIONS of people have loved and relied on?! Stupid corporate move. I will never buy Dove soap again!!

★☆☆☆☆

### Reformulation ruined it

badubish

7 months ago

Was my perfect soap with a non drying effect and now the bar smells really bad and waxy, is slimier in lathering and does not leave me as clean as before and leaves me itchy. Really sad that the formulation changed bc why??

★☆☆☆☆
No dermatologist should recommend this

Mindymom

7 months ago

I have used Dove Unscented for more than 15 years because this product gave me rashes. I tried this because suddenly I can't find Unscented anywhere. Now I have dime-sized welts, itchy on my hands and feet, and my nail beds are a ragged, bloody mess. I guess I'm done with Dove.

105. Defendants clearly know that the formula change has been a disaster with their customers and has caused the Labeling Claims to be not true and misleading. For instance, in mid 2025[30] and beforehand (and well before Plaintiff purchased the Product), Defendants responded to complaints about the new formula change on their website. Then, Defendant simply stopped responding for many months:

★☆☆☆☆
DONT DO IT YALL

Upsetcustomer

7 months ago

ZONT ZO IT. This soap has given me a horrible rash all over my body. I only used it three times before the breakout got to the point that I looked at the other reviews for the product and discovered ITS DOVES FAULT. With so many customers reporting the same issues with the new formula over the past months, it is a disgrace that this product has not been recalled. Will never buy from dove again.

Helpful? (15) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We're sorry to hear about your experience with our Sensitive Skin Beauty Bar. Your safety and satisfaction are our top priorities. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref ID# 51386368 so we can address this matter promptly. Thanks.

[30] The screenshots of customers reviews for the Sensitive Skin Bar Soap in this section were taken around February 2026. Accordingly, displays indicating the date of the post, such as "7 months ago," relate back to February 2026. Accordingly, a review that says "7 months ago" would have been written seven months prior to February 2026.

★☆☆☆☆

## DO NOT BUY SMELLS LIKE MOLD

Alfj

7 months ago

I have been using this product for years and never had a problem until recently. I bought a package of Dove Moisturizing Beauty Bar Soap Sensitive Skin, 3.75 oz, 16 Bars from Costco and the first bar I tried using smelled horribly like mold, at first I thought maybe it was the new shower curtain I had bought but it wasn't the shower curtain so I thought maybe it was the wash cloth but no it wasn't that either. It was the bar of soap itself that had a horrible musty mold stench that literally turns your stomach and it irritated my skin horribly. If it weren't for the fact that I'd bought the large 16 bar package I wouldn't care. But, since I did buy the large 16 bar package I'm not willing to eat the cost and buy anymore.

Helpful? (9) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We're sorry to hear this. Your feedback is important to us, and we take it seriously. Our team would like to connect with you to gather some additional details. Please reach out to us at consumer.services@unilever.com with your contact details and the ref id # 51370163. Thank you.

★☆☆☆☆

## Horrific Smell and Poor Quality

sensitiveskinnowin

7 months ago

I just purchased a 14 bar pack. The smell of the bars out of the box is similar to musty mildew. The soap barely suds compared to previous formulas. I'm shocked that Dove would sell something with this poor quality.

**How would you describe your skin on your body?** Normal

No, I do not recommend this product.

Helpful? (6) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We're sorry to hear about your disappointment with our Sensitive Skin Bar Soap. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref ID: 51370162 so we can gather more information and assist you in resolving this matter.

★☆☆☆☆

### Do not use as of 6/6/2025. Reformulation causing r

Mathaboy

7 months ago

They changed the formula recently and with the new changes it's causing itchiness and rashes. Please change back. The old formula was so amazing amd the only soap I used for years.

No, I do not recommend this product.




Helpful? (10) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We apologize for any inconvenience caused by our Sensitive Skin Beauty Bar. Your satisfaction is our priority. Please reach out to our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id: 51369236 so we can address your concerns promptly.

★☆☆☆☆

### No stars! No thank you!

Maeveish

7 months ago

Recently opened a box from a new package (Dove Sensitive, white box with the bluish-green swoop, looks exactly like the packaging I have bought for years)and have had itchy welts all over. Thought I was somehow suddenly allergic to foods I have always eaten. Finally dawned on me to google whether the soap I have bought for decades might have changed formulas and lo and behold, it did. Thanks for the rash, now I need to find new soap. If I could give this product a negative, I would.

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (9) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We're sorry to hear about your experience with our Sensitive Skin Beauty Bar. Your safety and satisfaction are our top priorities. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id # 51349909 so we can address this matter promptly. Thanks.

★☆☆☆☆

### Change it back!

Auntie Knows Best

7 months ago

I would rate this product a 0. Change it back! This was one of the only soaps I could use on face and body. The new formula broke me out in an itchy, burning, red rash on face, chest, and arms. It also smells horrible. Don't just change the fragrance, go back to the formula that worked! Or somebody leak the old recipe out so another company can make it! Or produce both formulas and let people buy the one that suits them!

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (11) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We're sorry to hear this. Your feedback is important to us, and we take it seriously. Our team would like to connect with you to gather some additional details. Please reach out to us at consumer.services@unilever.com with your contact details and the ref id # 51351005. Thank you.

★☆☆☆☆

### New Formula Horrible!!!!!

CEAZ

7 months ago

I have been using Dove Sensitive Skin bar soap for 20+ years and no issues. This NEW formula is no good!!! Why change something that works for people that have these issues. Skin is inflamed with rash and irritation. Thinking this product was safe purchased a bundle from Sam's club now come to find out the culprit was this soap. PLEASE CHANGE IT BACK!!! PLEASE!

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (10) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We're sorry to hear about your negative experience with our Sensitive Skin Beauty Bar. Your health and satisfaction are important to us. Please reach out to our team at consumer.services@unilever.com with your contact details and the ref id # 51351186 so we can address your concerns. Thank you.

★☆☆☆☆

Rancid smell

Cat25

7 months ago

Have been using the sensitive skin soap for several years but have to discontinue using it due to the rancid odor of the newer formulation. I had to actually take the bars I just purchased out to my outside garbage can because the smell was so bad. Unilever needs to pay attention to all of the reviews on the newer formula because they are losing customers. As the old saying goes if it ain't broke don't fix it. I bought the Dove original to use as a replacement but apparently that formula has changed also because it is making my face itch.

Helpful? (8) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We're sorry to hear this. Your feedback is important to us, and we take it seriously. Our team would like to connect with you to gather some additional details. Please reach out to us at consumer.services@unilever.com with your contact details and the ref id # 51351322. Thank you.

★☆☆☆☆

New Formula

Pinkbutterfly

7 months ago

I have used Dove for many years and I've never had any issues. All of a sudden, I am itching with small bumps all over. My eczema (which has been under control) has been flaring up horribly. I can only assume this is due to the new formula. I'm so disappointed in companies changing stuff. If it's not broke, leave it alone!

**How would you describe your skin on your body?** Combination

No, I do not recommend this product.

Helpful? (10) (0) Report

Response from Dove: 7 months ago

Dove Consumer Services

We're sorry to hear about your experience with our Sensitive Skin Beauty Bar. Your safety and satisfaction are our top priorities. Please contact our Consumer Services team at consumer.services@unilever.com with your contact details and the ref id # 51351385 so we can address this matter promptly. Thanks.

106. The onslaught of negative reviews has not stopped, with Defendants restating their feigned surprise and purported concern in more recent review responses:[31]

[31] The reviews in this section were captured in July 2026, so the referenced dates therein as accurate as of July 2026.

★☆☆☆☆

### What the heck is going on with this product?!

Katt81

2 months ago

What is going on with this new "sensitive" formula?! I've used this for many years and just opened up a new pack and its like a completely different product! Its smells TERRIBLE and its no longer soothing or moisturizing. I thought I got a bad pack but a quick Google search lead me to realize the formula had changed. I cant use these bars and now I'm stuck with a 16 back from Costco! Its so awful I would feel bad even donating them! I have no idea what I will use now. BRING BACK THE OLD FORMULA!!!

**How would you describe your skin on your body?** Very Dry

No, I do not recommend this product.

Helpful? (7) (0) Report

Response from Dove:
2 months ago

Dove Consumer Service

Hi Katt, thank you for sharing your feedback. We are sorry to hear about your experience with your Dove Bar Sensitive Skin. We're committed to delivering high quality experiences, and your input is valuable to us. Your satisfaction is important to us. Please connect with our Consumer Services team at Consumer.Services@Unilever.com with your contact details and the ref ID: 54819966, so that we can address your concerns promptly.

★☆☆☆☆

### Go back to Old Formula. This causes me eczema!

Anonymous

3 months ago

I have been using Dove Sensitive Skin Beauty bars for 20+ years and since 2025 I noticed that when I used the product, I have been having drier skin and eczema flareups. Very surprising since it never had happened before. In doing research it appears that the formula has been changed. There are a lot of comments online about how it is now causing many longtime user's problems now. I realized you all changed your formula to be more environmentally friendly, but you need to go back in and find out which of the changes has made your sensitive skin formula be bad for your skin? I had to switch to Cetaphil, which I don't really like since it dries me out too. It doesn't cause me to have eczema which is most important so please look into this issue.

**How would you describe your skin on your body?** Oily

No, I do not recommend this product.

Helpful? (6) (0) Report

Response from Dove:
3 months ago

SheaMoisture Consumer Services

Hi, we're sorry to hear that after so many years of positive experience, you've begun noticing dryness and eczema flare ups with our Dove Bar Sensitive Skin, especially from a product meant for sensitive skin. We understand how concerning and disappointing that can be.

★☆☆☆☆

### Why did you change the formula??

Ms Nurse

3 months ago

I was wondering what was causing me to itch since I had not used anything new. I checked the website and noticed the mulitple complaints about the new version. I just bought a new package of soap so I am wondering if I can be refunded. I chose this soap due to having sensitive skin and the sensitive skin version of the soap should not be causing severe itching.

Helpful? (6) (0) Report

Response from Dove:
3 months ago

Dove Consumer Service

Hi Ms Nurse, we're truly sorry to hear about the issue you've experienced with product. Thank you for bringing this to our attention. We want to make things right for you. Please send us an email at unileverconsumercare.usa@unilever.com with your details, and reference ID 54585486 we'll make sure to assist you promptly.

★☆☆☆☆

### Not hypoallergenic

Jenn280

3 months ago

I find it ironic that Cocamidopropyl Betaine is one of your ingredients. That is one of the top 5 allergens for people that suffer from contact allergens. I truly wish these products would live up to the promise of hypoallergenic.

★☆☆☆☆

### Please change the formula back!!!

Arabella1802

3 months ago

This used to be my favorite soap I've used it for years but now it has a horrible smell, please please change it!

**How would you describe your skin on your body?** Dry

Helpful? (6) (0) Report

★☆☆☆☆

### BRING BACK THE OLD FORMULA

CLAY21

3 months ago

I have eczema and been using dove sensitive skin for years but now have to find a new brand due to the flare ups and irritation the formula change has caused me, VERY INFURIATING.

No, I do not recommend this product.

★☆☆☆☆

## Has FRAGRANCE!

Meggles

3 months ago

I have been using Dove Sensitive Skin bar soap for as long as I can remember. I recently purchased a nee package. It no longer states "Sensitive Skin," just "Sensitive." I wouldn't have even noticed, except the new bars SMELL of FRAGRANCE!!! They also caused me to break out, and they caused my son's lips to itch like he'd "been around a cat". How do I get a redund for the remaining bars, as they cannot be used? We can no longer use this product. You lost a loyal, life-long customer.

**How would you describe your skin on your body?** Combination

No, I do not recommend this product.

Helpful? (10) (0) Report

Response from Dove:
3 months ago

Dove Consumer Services

Hi, thank you for sharing your feedback. We're sorry to hear about your experience with the new Sensitive bar, especially after trusting it for so many years. We understand how upsetting it is when a product that worked for you and your son suddenly causes irritation. Your satisfaction is important to us. Please connect with our Consumer Services team at (Consumer.Services@Unilever.com) with your contact details and the ref ID: (54507285), so we can address your concerns promptly.

★☆☆☆☆

## formula change, no longer hypo-allergenic

Sly1

4 months ago

formula changed suddenly, now it is very perfumed and triggers right away allergic reactions, I went from 5 stars to can't use anymore rating

Helpful? (11) (0) Report

Response from Dove:
2 months ago

Dove Consumer Services

Hi Sly1, thank you for sharing your feedback. We're sorry to hear that the formula change caused such an immediate allergic reaction. We understand how upsetting it is to go from loving a product to no longer being able to use it, especially when fragrance sensitivity is involved. We're committed to delivering high quality experiences, and your input is valuable to us. Your satisfaction is important to us. Please connect with our Consumer Services team at (Consumer.Services@Unilever.com) with your contact details and the ref ID: (54305167), so we can address your concerns promptly.

★☆☆☆☆

### Bring back the old formula, new one is horrible

kellb

4 months ago

This used to be the go to soap for sensetive skin, now it just burns and causes irritation..why did they reformulate it????? Terrible.

No, I do not recommend this product.

★☆☆☆☆

### Strong fragrance

SJ R

5 months ago

The new formula smells like a scented soap and gave me a migraine just from opening the box, please change it back!

★☆☆☆☆

### Hate the new formula

Sweetmeangirl80

5 months ago

The new formula is no longer suitable for my sensitive skin. It was the only soap I could use before the changes. Please change back to previous formula, now im lost at trying to find a some truly for sensitive skin. I didnt even know the formula changed until all my back stocked soap was out and I purchased in bulk the new one and immediately skin did not react well. After a 2 weeks I isolated it down to the soap, saw the packaging was slightly different and to my surprise the ingredients changed. Desperately looking for the old Dove sensitive skin.

★☆☆☆☆

### Buyer Beware: the formula changed!

DoctorJ

6 months ago

I am so disappointed you changed the formula because the old formula worked great. The new formula irritates my skin and resulted in some rashes. I am switching away from Unilever.

Rash

Purpletea

6 months ago

I bought this soap because it is supposed to be good for sensitive skin. Unfortunately this soap caused a rash. I am tired of companies putting out overpriced products geared towards those with skin issues knowing that the product has fragrance in it.

107. There are more than 250 reviews like these on Dove's website alone, with countless more substantially similar reviews on websites of retailers that sell the Products. Listing them all in this Complaint could span hundreds of pages.

108. It appears Defendant had a limited rollout of the new formulation over *three years ago*, and that it knew that the new formulation made the Labeling Claims false and misleading, but then proceed to do its full launch in 2024. For years, Defendant denied that any formulation change occurred at all, but has now instead gone silent, neither denying nor admitting to a formulation change publicly. However, in early 2025 Defendant publicly denied that any formulation change occurred at all, as seen in the below review:

Fragrance now added

LisaOz

a year ago

Why is there now Fragrance added? Why did you change the formula?

**How would you describe your skin on your body?** Combination

No, I do not recommend this product.

Helpful? (12) (1) Report

Response from Dove: a year ago

Consumer Support

Thanks for bringing this to our attention! The formula of our Sensitive Skin Bar hasn't changed since 2016. We're so sorry for any confusion, and we will certainly report your comments to the brand.

109. As can be seen in some of the more recent responses by Defendants on their website, Defendant admits to the formulation change. In a review three months ago, Defendants

stated that they are "sorry to hear about your experience with the new Sensitive bar, especially after trusting it for so many years." In a review response roughly four months ago, Defendants stated, "We're sorry to hear that the formula change cause such an immediate allergic reaction. We understand how upsetting it is to go from loving a product to no longer being able to use it, especially when fragrance sensitivity is involved."

110. As discussed above, Defendants' initial denial of a formulation change may rest on its belief that a change in the sourcing of the ingredients does not actually change the formula. But, the ingredients in the present formula are clearly inferior, such as to cause the Labeling Claims to be false and misleading.

111. The following reviews (and Dove's responses thereto) about the formulation change date back two to three years, signaling that Defendants appear to have used a phased release of the new formulation. These older reviews, however, occurred while Defendants' product still bore the "original" labeling described above:

★☆☆☆☆

What happened to the soap? Strong chemical smell.

BJW4

2 years ago

I have been using dove sensitive skin for 20+ years because it was the only soap that I didn't have issues with for whole body. The other day, my husband bought a new box and when I was took a shower as I was washing my face I smelled a very strong chemical smell. I quickly rinse my face then I ran the soap under the water, thinking maybe it has something on it, so I tried to rinse it off. I tried to wash my face again, and the strong chemical smell persisted. I told my husband about it, and when he took a shower, he tried to he soap as well and he could smell the same chemical smell. He opened another bar and tried and the the same smell. The next day he went to the store to buy another three pack of soap to see if maybe it was a fluke. But again the strong chemical smell was still strong. This all is very disappointing as I have trusted this brand for over 20 years and now I feel like I am forced to search for a new soap.

★☆☆☆☆

### What happened to your soap? Strong chemical smell

BJW4

2 years ago

I have been faithful to this soap for 20+ years. We recently bought some Dove Sensitive Skin bar soap and when I was in the shower I washed my face and a strong chemical smell immediately started burning my nose. I quickly rinsed it off then I let the water run on the soap, thinking maybe something was on it. I tried to use it again, and the smell persisted to burn my nose. I told my husband he later tried it and he could smell it as well. He went and got another bar to see maybe if it was that bar and the same thing occurred. The next day he went to the store and bought another three pack to see if it was a fluke, but each one of those bars of soap had the same strong chemical smell to it. I am so disappointed that it appears that dove has change their formula or ingredients supplier. This was the only soap that I could use for my whole body, but after 20+ years I'm forced to going hunt for a new soap.

**How would you describe your skin on your body?** Normal

No, I do not recommend this product.

Helpful? (7) (1) Report

Response from Dove: 2 years ago

Customer Service

Thanks for reaching out, we're sorry our Sensitive Skin Beauty Bar didn't work for you. We appreciate feedback like yours, and it helps us improve our products - please connect with our team directly at consumer.services@unilever.com, and share ref ID: 46160948, so we can ask a few questions. We look forward to hearing back from you!

★☆☆☆☆

### Sensitive fragrance free bar is NOW FRAGRANCED

Fragrance sensitive

2 years ago

I have used this sensitive bar for over 15 years due to allergies to fragrance- this week I purchased a 4 pack only to find that Dove is still promoting this as a fragrance free product when in fact the smell is so strong, the entire cabinet under my vanity smells like this soap. That my friends is NOT fragrance free. I cant imaging what genious thought that it would be wonderful to scent the fragrance free bar and still advertise is as fragrance free. Dove has lost a long time customer which also probably means nothing to a companhy that would make a switch like that and not change the packaging. I had to throw the soap out . That is what Unilever thinks of its long time consumers. They dont.

★☆☆☆☆

### No Longer Unscented

MegS123

2 years ago

Just replenished for my family and there's noticeable fragrance in the new pack of bars. I called Dove to inquire if this was a manufacturing error and it sounds like they have purposefully added fragrance to these bars, but are still claiming that they're unscented. Super frustrating since there's zero indication of the change on the packaging. Off to find a new product.

★☆☆☆☆

### Ruined!

Doobie

3 years ago

Why did you have to go and add a masking fragrance to your sensitive skin bar? That was a dumb move...Now,I can not use it!

★☆☆☆☆

## Fragrance added to the sensitive bars

LilRascols

3 years ago

I have bought these bars for 14 yrs.. i cant understand for the the life of me why dove would take the "only" bar they make that was fragrance free and add a mild fragrance to it, when they make a gazillion other bars with different fragrances to accommodate others who are not sensitive .. I have purchased 4 packs of 12 bars over a month course from different stores ... only to return them all.. every single pack smelled of the "same mild fragrance" as the one before...it used to smell like nothing but wax smell.. clear of everything.. my daughter and I have been having issues with the bars now since using the reformulated ones.. I have to search for a new tried and true .. because dove just had to listen to all the people complaining it smelled like wax or crayons.. when in fact, if they wanted a fragrance they have a million choices to choose from.. but as usual people complain about everything and it was the only 1 single bar they made to accommodate us very sensitive people.. im glad there are more companies out here now producing fragrance free products we arent limited any longer....bye dove..

**How would you describe your skin on your body?** Sensitive, Dry

No, I do not recommend this product.

Helpful? (18) (0) Report

Response from Dove: 3 years ago

Consumer Services

Thank you so much for bringing this to our attention. We're sorry to hear this, please contact our team at consumer.services@unilever.com and provide the reference id: 42087769.

★☆☆☆☆

## Something has changed

No more dove

3 years ago

I have used this sensitive skin bar soap since they started making it. The last few months the bars seems to have no slip and sticky in the skin. The bar out of the box feels that way as well. I called customer service to inquire and as soon as it was time to collect my information to reimburse me the rep not answering me when I say hello hello. Act like she can't hear me. Shady. She says something about temperature but I'm thinking it's more likely something has gone wonky with the ingredients. How can it be temperature when I have bought it this way at different stores for the past few months????? It was never this way until the last few months.

**How would you describe your skin on your body?** Sensitive

No, I do not recommend this product.

Helpful? (10) (0) Report

Response from Dove: 3 years ago

Consumer Services

Hello, your satisfaction will always remain our top priority, so our team would like the opportunity to reconnect with you regarding your experience - please email our team directly at consumer.services@unilever.com and share ref ID: 41929865, so we can ask you some questions. Hope to hear from you soon!

112. As discussed above and demonstrated by the countless customer testimonials, Defendant's Labeling Claims for Dove Sensitive Skin Bar Soap are false and misleading. The Product's new formulation clearly contains several skin sensitizers in an amount that can reasonably be expected to induce an allergic response in a significant number of its intended users (*i.e.*, individuals with sensitive skin). Because the primary purpose of the Product is to be suitable to wash and nourish *sensitive* skin, it fails its primary purpose and is worthless to consumers. Indeed, the Product is not only worthless, it is dangerous and causes physical harm by causing and exacerbating the very conditions it purports to alleviate.

113. The fact that the Dove Sensitive Skin Bar Soap is not hypoallergenic and not suitable for sensitive skin is obvious even when comparing its effects on the *same* users of the Product's old and new formulation. Hundreds, if not thousands, of users have flocked the internet to report that they had been using the old formulation of the Product for years, often decades, without issue. Then, immediately upon switching to the new formulation, the Product caused skin sensitization and severe allergic responses in a large portion of the Product's intended users.

114. The Sensitive Skin Bar Soap is sold to consumers as an "sensitive skin," "hypoallergenic," and "fragrance free" alternative to its Dove "Original" and scented soaps, such as pictured below:




115. Consumers purchase the Dove Sensitive Skin Bar Soap as opposed to Dove's (and other manufacturers') bar soaps specifically to receive "sensitive skin," "hypoallergenic," and "fragrance free" *alternatives*. Consumers reasonably believe that the Products are *less* likely to cause an allergic reaction or contain skin sensitizers than these alternative products, and that they have been specifically designed to not cause an allergic reaction or skin sensitization in a significant percent of its intended users. But each of those assumptions is not true for Dove Sensitive Skin Bar Soap. For instance, for the Dove "Original" product depicted above, Dove's

website[32] contains orders of magnitude less reviews complaining about skin sensitization or allergic responses as compared to the Dove Sensitive Skin Product. Despite containing 3,759 reviews,[33] there may be less than ten total reviews complaining of skin irritation for the Original product. On the other hand, the Sensitive Skin Product contains *hundreds* of such reviews, despite containing only 2,362 total reviews on Dove's website. Further, the vast majority of such reviews for the Sensitive Skin product are from the past two years, *after* the formulation change, meaning that the percentage of consumers suffering skin irritations from the Sensitive Skin Product is extremely high. It now appears that Defendant's Sensitive Skin Bar Soap may be *less* suitable for sensitive skin and *more* prone to cause an allergic reaction than its Original Bar Soap, which does not claim to be for sensitive skin, does not claim to be hypoallergenic, and does not claim to be fragrance free. For the new formula of Sensitive Skin Bar Soap, virtually all positive reviews are marked as "Incentivized," meaning that the reviewers were not genuine consumers but received the products as part of a promotion and may have been incentivized to leave a positive review. Genuine reviews, on a whole, excoriate the new formulation of Sensitive Skin for not being suitable for sensitive skin, not being hypoallergenic, and not being fragrance free.

**E. Consumer Deception**

116. Defendants' conduct deceived and/or was likely to deceive the public.

117. Consumers were deceived into believing the Products' Labeling Claims. These representations were false, as explained *supra*.

118. Consumers would not know the true nature of the Products by looking at the front labels of the Products. There is nothing on the front labels (like an asterisk) disclaiming or modifying the "hypoallergenic" and "sensitive skin" or "sensitive" representations, or any of the

[32] https://www.dove.com/us/en/p/original-beauty-bar.html/00011111610798

[33] The numbers of reviews in this paragraph reflect the numbers of reviews as of January 2026.

other Labeling Claims. The Labeling Claims are not ambiguous or vague to reasonable consumers such that they would reasonably think or be expected to investigate those representations further before purchasing the Products. Further, consumers are overall less likely to look at ingredient lists on personal care products than for food, which consumers believe to have a more immediate and direct impact on their health.

119. Even consumers that happened to flip the Products to discover the ingredient list would not know the true nature of the ingredients. Their discovery would require investigation beyond the point of purchase and knowledge of chemistry beyond that of the average reasonable consumer. Further, studies show that even those consumers that do look at ingredient lists for personal care products very frequently do not understand what those ingredients are or what their role is in the product.

120. Consumers generally interpret a label claim like "Dermatologist Recommended" and "Pediatrician Recommended" as a strong endorsement of safety and efficacy from medical experts, implying that many dermatologists and pediatricians have specifically evaluated and favor that specific formulation of the product for consumers with sensitive skin over other available, competing products. There are no studies or evidence suggesting that pediatricians or dermatologists have recommended these specific Products to consumers, especially those with sensitive skin. In fact, pediatricians and dermatologists strongly favor fragrance-free products for babies and children (and particularly so for babies and children with eczema, skin allergies, or other sensitive skin conditions) and adults with sensitive skin, and advise avoiding added fragrance as a common irritant and potential allergen. The American Academy of Pediatrics ("AAP") advises using fragrance-free, gentle cleansers and moisturizers and avoiding skin irritants like fragranced soaps and detergents in children with eczema. Similarly, the AAD recommends choosing

fragrance-free rather than "unscented" products for children with eczema, noting that even masked fragrances can provoke flares. Indeed, some consumers complain that dermatologists and pediatricians recommend *against* the Products due to the added scent after it made eczema symptoms worse.

121. Further, given that Defendants have not publicly (other than a few review responses) confirmed and has denied that the Sensitive Skin Bar Soap product has undergone a formula change that renders each of the Labeling Claims untrue, dermatologists are misled just like consumers into believing that the Labeling Claims are true. To the extent any dermatologists rely on the old formulation of Sensitive Skin Bar Soap, or rely on the Labeling Claims, in forming a recommendation based on the *new* formulation, the resulting recommendation is misleading in that it is the result of incomplete, misleading, and fraudulent information from the manufacturer. In fact, dermatologists strongly favor fragrance-free and hypoallergenic products for consumers sensitive-skin conditions, and advise against products like the Products here that are not hypoallergenic, that contain significant skin sensitizers, that contain fragrance, and that are unreasonably likely to cause an allergic response in its intended users.

122. Defendants made the above false, deceptive, and misleading misrepresentations and omissions on the package of the Products.

123. Defendants repeated the above false, deceptive, and misleading misrepresentations and omissions on its online product page for the Products, and product pages at other online retailers such as Amazon, Kroger, CVS, and Target.

124. The misrepresentations and omissions were uniform and have actually been communicated to Plaintiffs and to each member of the Classes at every point of purchase and consumption.

125. Defendants deceptively and misleadingly conceal material facts about the Products, including:

a. the true nature of the Products' formulation and effect;

b. that the Products contains sensitizers, irritants, toxins, carcinogens, pollutants, and/or otherwise hazardous substances;

c. the concentration of the sensitizers, irritants, toxins, carcinogens, pollutants, and/or otherwise hazardous substances in the Products;

d. that the Products are not "hypoallergenic" or suitable for "sensitive" skin;

e. that the Products are not what a reasonable consumer would consider to be "hypoallergenic" or suitable for "sensitive" skin;

f. that the Products contain chemicals that a reasonable consumer would not expect in a product labeled as "hypoallergenic" or suitable for "sensitive skin;" and

g. that the Products, including their ingredients, are not recommended by dermatologists and pediatricians for consumers with sensitive skin.

126. Plaintiffs and the members of the Classes are not at fault for failing to discover Defendants' wrongs earlier and had no actual or presumptive knowledge of facts sufficient to put them on inquiry notice.

127. To this day, Defendants continue to conceal and suppress the fact that the Products are not "hypoallergenic" and are not suitable for "sensitive skin" as promised, and that the Labeling Claims are not true.

128. Defendants hold themselves out to the public as a trusted experts in the area of hypoallergenic, safe, mild, and gentle personal care products.

129. Defendants knew what representations it made regarding the Products.

130. Defendants knew what ingredients were added to the Products.

131. Defendants also knew all the facts demonstrating that its Products contain sensitizers, irritants, and otherwise toxic ingredients, and that the Products were therefore falsely labeled.

132. As Defendants know, consumers, especially those with sensitive skin, prefer hypoallergenic products. As Defendants know, consumers will pay a premium for hypoallergenic products and putative "sensitive skin" products or would not purchase these products at all unless they were truly hypoallergenic or suitable for sensitive skin, as advertised.

133. Defendants made the false, deceptive, and misleading representations and omissions, intending Plaintiffs and Class members to rely upon these representations and omissions in purchasing and using the Products.

134. In making the false, misleading, and deceptive representations and omissions at issue, Defendants knew and intended that consumers would purchase the Products when consumers would otherwise purchase a competing product.

135. In making the false, misleading, and deceptive representations and omissions at issue, Defendants also knew and intended that consumers would pay a premium for the Labeling Claims, furthering Defendant's private interest of increasing sales of its products and decreasing the sales of products marketed by its competitors.

136. With respect to the Products, Defendants knew that one of the most important, material label representations to consumers are the statements that the Products are "hypoallergenic" and suitable for "sensitive skin." Defendants made these prominent statements with knowledge that they are false and/or misleading to reasonable consumers. By deceiving consumers about the nature, quality, and/or ingredients of its Products, Defendants are able to take

away market share from competing products and command a price premium, thereby increasing its own sales and profits.

137. For example, Kroger manufactures and sells a copycat product to Dove Sensitive Skin Body Wash—Kroger brand "sensitive skin" body wash—which on its label states "Compare to Dove Sensitive Skin Hypoallergenic Body Wash." Despite selling an identical product, Kroger chooses not to deceive consumers by claiming the product is hypoallergenic anywhere on the front label:[34]




[34] The Kroger brand label may itself be misleading because, like Defendant's Product, it too is not suitable for "sensitive skin."

138. Dove's Sensitive Skin Body Wash also retails for roughly *double* the price of Kroger brand sensitive skin body wash, with Dove's product selling for $0.42 per fluid ounce, while Kroger's product sells for $0.21 per fluid ounce.[35]

139. Likewise, Vaseline Baby Healing Jelly sells at a premium compared to its competitors like Target's Up & Up brand Baby Hand and Body Petroleum Jelly Jar, which does not claim to be hypoallergenic or for sensitive skin on the products' label (or otherwise contain any other Labeling Claims).[36] The Up & Up product sells for $0.32 per ounce, while the Vaseline Baby Healing Jelly sells for $0.42 per ounce.[37]

140. Defendants deceptively and misleadingly conceal other material facts about the Products, including: (a) the true nature of the Products' ingredients; (b) that the Products contain chemicals commonly known to be allergens, sensitizers, and/or irritants; (c) that the Products are not "hypoallergenic," not suitable for "sensitive skin," and not what reasonable consumers would consider "hypoallergenic" or suitable for "sensitive skin"; (d) that the Product contains chemicals that a reasonable consumer would not expect in a product labeled "hypoallergenic" (e) and that the Products are not recommended by dermatologists or pediatricians to consumers or babies with sensitive skin.

141. To this day Defendants continue to conceal and suppress the existence, identity, nature, and concentration of fragrance chemicals and other skin sensitizers in the Products.

---

[35] https://www.kroger.com/p/kroger-sensitive-skin-body-wash/0004126001800 (Kroger brand); https://www.kroger.com/p/dove-body-wash-sensitive-skin-gentle-hypoallergenic-formula-with-no-sulfates-no-parabens/0001111112224 (Dove brand).

[36] https://www.target.com/p/baby-hand-and-body-petroleum-jelly-jar-7-5oz-up-38-up-8482/-/A-89500370#lnk=sametab

[37] https://www.target.com/p/vaseline-baby-hypoallergenic-petroleum-healing-jelly-38-diaper-rash-skin-protectant-13oz/-/A-10993905?sid=&TCID=PDS-22806998593&gclsrc=aw.ds&gad_source=1&gad_campaignid=22803278381&gbraid=0AAAAAD-5dfaaOnwJGaeuSQydTV-0bd3G4&gclid=Cj0KCQjwg5zTBhCLARIsAP2AFU7qRukiCm3sb5fWHELGWOucSOrOQYT_NCmdDxc4T5WaWvYKdxK8QDwaApiBEALw_wcB

142. Similarly, to this day, Defendants continue to conceal and suppress the fact that the Products are not "hypoallergenic" and not suitable for "sensitive skin" as promised.

143. When Plaintiffs and the Class members purchased the Products, Plaintiffs and the Class Members saw the false, misleading, and deceptive representations detailed above, and did not receive disclosure of the facts concealed, as detailed above.

144. These misrepresentations were uniform and were communicated to Plaintiffs and Class Members at every point of purchase and consumption.

145. Notably, the "hypoallergenic" and "sensitive skin" statements are not disclaimed or modified anywhere on the Product's labels. No asterisk or marking appear by the words "hypoallergenic" or "sensitive skin" or the Labeling Claims that would suggest to a reasonable consumer that they need to look elsewhere on the label to understand the true meaning. Because the Labeling Claims appear as the main claims on the front of the label of the Products, reasonable consumers interpret them at face value.

146. Plaintiffs and the Class Members were among the intended recipients of Defendants' deceptive representations and omissions.

147. Plaintiffs and the Class Members reasonably relied to their detriment on Defendants' misleading representations and omissions.

148. Defendants' false, misleading, and deceptive misrepresentations and omissions deceived and misled, and are likely to continue to deceive and mislead, Plaintiffs, the Class Members, reasonable consumers, and the general public.

149. Defendants' misleading affirmative statements further obscured what it failed to disclose. Thus, reliance upon Defendants' misleading and deceptive representations and omissions may be presumed.

150. Defendants made the deceptive representations and omissions with the intent to induce Plaintiffs and the Class Members to purchase the Products. Plaintiffs' and the Class Members' reliance upon such representations and omissions may be presumed.

151. Defendants' deceptive representations and omissions are material in that a reasonable person would attach importance to such information and would be induced to act upon such information in making purchase decisions. Thus, Plaintiffs' and the Class Members' reliance upon such representations and omissions may be presumed as a matter of law. The materiality of those representations and omissions also establishes causation between Defendants' conduct and the injuries sustained by Plaintiffs and the Class Members.

152. Defendants knew or should have known that reasonable consumers would consider the representations material in deciding to purchase the Products.

153. Defendants knew or should have known that the representations could plausibly deceive reasonable consumers into believing that the Products are hypoallergenic and suitable for sensitive skin and contain no known, common allergens.

154. Reasonable consumers ascribe a common meaning to words on product labels.

155. Reasonable consumers rely on product labels for their truth and accuracy.

156. Reasonable consumers are not required to conduct independent research to determine the truth of label statements.

157. Reasonable consumers are not expected to look beyond misleading representations on the front label of a product or in marketing materials to determine whether they are false.

158. Instead, it is the responsibility of product manufacturers to accurately label their products in a manner that is not misleading.

159. Even a perfectly true statement that is couched in a manner that is likely to mislead or deceive consumers is actionable.

160. Plaintiffs and reasonable consumers reasonably believed that the prominent front label statements that the Products are hypoallergenic and suitable for sensitive skin were true.

161. As described herein, Defendants' front label statements are false.

162. Accordingly, there is no "common sense" interpretation of the representations that would overcome their falsity.

**F. Injuries and Damages**

163. As an immediate, direct, and proximate result of Defendants' false, misleading, and deceptive representations and omissions, Defendants injured Plaintiffs and the Class Members in that they:

a. paid a sum of money for a product that was not as represented;

b. paid a premium price for a product that was not as represented;

c. were deprived the benefit of the bargain because the Products they purchased were different from what Defendants warranted;

d. were deprived the benefit of the bargain because the Products they purchased had less value than what was represented;

e. did not receive a product that measured up to their expectations as created by Defendants;

f. used (or caused their children to use) a substance that Plaintiffs and the Class Members did not expect or consent to;

g. used (or caused their children to use) a product that was not hypoallergenic or suitable for sensitive skin;

h. without their knowing consent, used (or caused their children to use) a substance that is likely to cause an allergic reaction and is generally harmful to their health or their children's health; and

i. without their knowing consent, used (or caused their children to use) a substance that is a skin sensitizer, irritant, or a known or suspected toxin, carcinogen, mutagen, teratogen, environmental pollutant, or otherwise is harmful to the environment and/or their health.

164. Had Defendants not made the false, misleading, and deceptive representations and omissions, Plaintiffs and the Class Members would not have been injured as listed above.

165. Accordingly, Plaintiffs and the Class Members have suffered injury in fact and lost money or property as a result of Defendants' wrongful conduct.

166. As the intended, direct, and proximate result of Defendants' false, misleading, and deceptive representations and omissions, Defendant has been unjustly enriched through more sales of the Products and higher profits at the expense of Plaintiffs and the Class Members. As a direct and proximate result of its deception, Defendants also unfairly obtained other benefits, including the higher value associated with a "hypoallergenic" and "sensitive skin" brand and the resulting higher stock value, redirecting sales to it and away from its competitors, and increased sales of its other products.

## CLASS ACTION ALLEGATIONS

167. ***Class Definition*:** Plaintiffs bring this action on behalf all people in the following classes and subclasses (collectively referred to as "Class Members"):

(a). Nationwide Dove Sensitive Skin Body Wash Class: all people in the United States who purchased the Dove Sensitive Skin Body Wash Product for personal or household use since May 20, 2021.

(b). Nationwide Dove Sensitive Skin Bar Soap Class: all people in the United States who purchased the Dove Sensitive Skin Bar Soap Product for personal or household use within the last four years.

(c). Nationwide Vaseline Baby Healing Jelly Class: all people in the United States who purchased the Vaseline Baby Healing Jelly Product for personal or household use since November 1, 2020.

(d). California Dove Sensitive Skin Body Wash Class Subclass: all people in California who purchased Dove Sensitive Skin Body Wash Product for personal or household use since May 20, 2021.

(e). New Jersey Dove Sensitive Skin Body Wash Class Subclass: all people in New Jersey who purchased Dove Sensitive Skin Body Wash Product for personal or household use since May 20, 2021.

(f). New York Dove Sensitive Skin Body Wash Class Subclass: all people in New York who purchased Dove Sensitive Skin Body Wash Product for personal or household use since May 20, 2021.

(g). Illinois Dove Sensitive Skin Body Wash Class Subclass: all people in Illinois who purchased Dove Sensitive Skin Body Wash Product for personal or household use since May 20, 2021.

(h). Massachusetts Dove Sensitive Skin Body Wash Class Subclass: all people in New York who purchased Dove Sensitive Skin Body Wash Product for personal or household use since May 20, 2021.

(i). California Dove Sensitive Skin Bar Soap Subclass: all people in California who purchased Dove Sensitive Skin Bar Soap Product for personal or household use within the last four years.

(j). Illinois Dove Sensitive Skin Bar Soap Subclass: all people in Illinois who purchased Dove Sensitive Skin Bar Soap Product for personal or household use within the last four years.

(k). Massachusetts Dove Sensitive Skin Bar Soap Subclass: all people in Massachusetts who purchased Dove Sensitive Skin Bar Soap Product for personal or household use within the last four years.

(l). New York Dove Sensitive Skin Bar Soap Subclass: all people in New York who purchased Dove Sensitive Skin Bar Soap Product for personal or household use within the last four years.

(m). Massachusetts Vaseline Baby Healing Jelly Subclass: all people in Massachusetts who purchased Vaseline Baby Healing Jelly Product for personal or household use since November 1, 2020.

(n). New York Vaseline Baby Healing Jelly Subclass: all people in New York who purchased Vaseline Baby Healing Jelly Product for personal or household use since November 1, 2020.

(o). Illinois Vaseline Baby Healing Jelly Subclass: all people in Illinois who purchased Vaseline Baby Healing Jelly Product for personal or household use since November 1, 2020.

(p). Multi-State Dove Sensitive Skin Body Wash Warranty Class: all people who purchased the Dove Sensitive Skin Body Wash for personal or household use (1) in Alaska, Arkansas, California, Delaware, District of Columbia, Hawaii, Indiana, Kansas, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Texas, Utah, Virginia, or Wyoming within the applicable statute of limitations; or (2) in Colorado or Massachusetts within the applicable statute of limitations.

(q). Multi-State Dove Sensitive Skin Body Wash Consumer Protection Class: all people who purchased Dove Sensitive Skin Body Wash for personal or household use (1) in the states of Michigan, Minnesota, or New Jersey within the applicable statute of limitations; (2) in the state of Missouri within the applicable statute of limitations; (3) in the states of California, Florida, Massachusetts, or Washington within the applicable statute of limitations; or (4) in the states of Illinois and New York within the applicable statute of limitations.

(r). Multi-State Dove Sensitive Skin Bar Soap Warranty Class: all people who purchased the Dove Sensitive Skin Bar Soap for personal or household use (1) in Alaska, Arkansas, California, Delaware, District

of Columbia, Hawaii, Indiana, Kansas, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Texas, Utah, Virginia, or Wyoming within the applicable statute of limitations; or (2) in Colorado or Massachusetts within the applicable statute of limitations.

(s). Multi-State Dove Sensitive Skin Bar Soap Consumer Protection Class: all people who purchased Dove Sensitive Skin Bar Soap for personal or household use (1) in the states of Michigan, Minnesota, or New Jersey within the applicable statute of limitations; (2) in the state of Missouri within the applicable statute of limitations; (3) in the states of California, Florida, Massachusetts, or Washington within the applicable statute of limitations; or (4) in the states of Illinois and New York within the applicable statute of limitations.

(t). Multi-State Vaseline Baby Healing Jelly Warranty Class: all people who purchased the Vaseline Baby Healing Jelly for personal or household use (1) in Alaska, Arkansas, Delaware, District of Columbia, Hawaii, Indiana, Kansas, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Texas, Utah, Virginia, or Wyoming within the applicable statute of limitations; or (2) in Colorado or Massachusetts within the applicable statute of limitations.

(u). Multi-State Vaseline Baby Healing Jelly Consumer Protection Class: all people who purchased Vaseline Baby Healing Jelly for personal or household use (1) in the states of Michigan, Minnesota, or New Jersey within the applicable statute of limitations; (2) in the state of Missouri within the applicable statute of limitations; (3) in the states of Florida, Massachusetts, or Washington within the applicable statute of limitations; or (4) in the states of Illinois and New York within the applicable statute of limitations.

168. Each of the above class definitions is a placeholder that "may be altered or amended before final judgment." Fed. Civ. P. 23(c)(1)(C). Subject to additional information obtained through further investigation and discovery, the foregoing class definitions may be expanded or narrowed by amendment or in the motion for class certification, including through the use of multi-state subclasses to account for material differences in state law, if any.

169. Excluded from the putative classes are Defendants and any entities in which Defendants have a controlling interest, Defendants' agents and employees, the judge to whom this action is assigned, members of the judge's staff, and the judge's immediate family. Also excluded are any claims for personal injury.

170. ***Numerosity***. Class Members are so numerous that their individual joinder herein is impracticable. On information and belief, each Class or Subclass includes thousands of consumers. The precise number of Class Members and their identities are unknown to the Plaintiffs at this time but may be determined through discovery. Class Members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendants, its agents, or other means.

171. ***Commonality and Predominance.*** Common questions of law and fact exist as to all Class Members and predominate over questions affecting only individual Class Members. Common legal and factual questions include, but are not limited to:

a. Whether Defendants misrepresented and/or failed to disclose material facts concerning the Products;

b. Whether the omissions and representations on the Products' label and the Products' marketing materials, or any single omission or representation, is false, misleading, and/or deceptive;

c. Whether Defendants' conduct in advertising and selling the Products amounted to unlawful, unfair, and/or deceptive business practices;

d. Whether Defendants breached an express and/or implied warranty created through the labeling and marketing of its Products;

e. Whether Plaintiffs and the Class Members are entitled to equitable relief;

f. Whether Plaintiffs and the Class Members have sustained damage as a result of Defendants' unlawful conduct;

g. The proper measure of damages sustained by Plaintiffs and the Class Members; and

h. Whether Defendants were unjustly enriched by their unlawful practices.

172. With respect to the New York Subclass, additional questions of law and fact common to the members that predominate over questions that may affect individual members include whether Defendant violated the New York General Business Law § 349 and § 350.

173. ***Typicality***. The claims of the Plaintiffs are typical of the claims of the Class Members in that Plaintiffs and the Class Members sustained damages as a result of Defendants' uniform wrongful conduct, as alleged above.

174. ***Adequacy***. Plaintiffs will fairly and adequately protect the interests of Class Members. Plaintiffs have retained counsel that is highly experienced in complex consumer class action litigation, and Plaintiffs intends to vigorously prosecute this action on behalf of the classes. Plaintiffs have no interests that are antagonistic to those of the Class Members. Plaintiffs have no past or present financial, employment, familial, or other relationship with any of the attorneys in this case that would create a conflict of interest with the proposed Class Members.

175. ***Superiority.*** A class action is superior to all other available methods for the fair and efficient adjudication of this controversy for, inter alia, the following reasons: prosecutions of individual actions are economically impractical for Class Members; the Class Members are readily definable; prosecution as a class action avoids repetitious litigation and duplicative litigation costs, conserves judicial resources, and ensures uniformity of decisions; and prosecution as a class action permits claims to be handled in an orderly and expeditious manner.

176. Without a class action, Defendants will continue a course of action that will result in further damages to the Plaintiffs and Class Members and will likely retain the benefits of its wrongdoing.

## COUNT I
## Violations of California's Unfair Competition Law ("UCL")
## Cal. Bus. & Prof. Code §§ 17200, *et seq.*

177. Plaintiffs incorporate and reallege each preceding paragraph as though fully set forth herein.

178. The California Plaintiffs bring this cause of action individually and on behalf of all other class members in the Classes and Subclasses that contain California members, *i.e.*, the Dove Sensitive Skin Body Wash and Dove Sensitive Skin Bar Soap classes.

179. California Business & Professions Code Section 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

180. Defendant acted with knowledge and intent.

181. Plaintiffs allege a claim under all three prongs of the UCL.

182. As alleged above, Defendants engaged in fraudulent conduct that had the tendency or capacity to deceive or confuse reasonable consumers.

183. Defendants' conduct also constitutes "unfair" business acts and practices within the meaning of the UCL, in that its conduct was injurious to consumers, offended public policy, and was unethical and unscrupulous. Defendants' violation of consumer protection and unfair competition laws resulted in harm to consumers.

184. Plaintiffs also allege a violation under the "unlawful" prong of the UCL because Defendants' conduct violated consumer protection laws and the common law as set forth herein.

185. As a direct and proximate result of Defendants' unfair and deceptive practices, Plaintiffs and the other class members have suffered and will continue to suffer out-of-pocket losses.

186. Plaintiffs and class members have suffered an injury in fact resulting in the loss of money and/or property as a proximate result of the violations of law and wrongful conduct of Defendants alleged herein, and they lack an adequate remedy at law to address the unfair conduct at issue here. Legal remedies available to Plaintiffs and class members are inadequate because they are not equally prompt, certain, or efficient as equitable relief. Damages are not equally certain as restitution because the standard that governs restitution is different than the standard that governs damages. Hence, the Court may award restitution even if it determines that

Plaintiffs fail to sufficiently adduce evidence to support an award of damages. Damages and restitution are not the same amount. Unlike damages, restitution is not limited to the amount of money a defendant wrongfully acquired plus the legal rate of interest. Equitable relief, including restitution, entitles a plaintiff to recover all profits from the wrongdoing, even where the original funds taken have grown far greater than the legal rate of interest would recognize. Legal claims for damages are not equally certain as restitution because claims under the UCL entail few elements. In short, significant differences in proof and certainty establish that any potential legal claim cannot serve as an adequate remedy at law.

187. Equitable relief is appropriate because Plaintiffs may lack an adequate remedy at law if, for instance, damages resulting from their purchase of the Products are determined to be an amount less than the premium price of the Products. Without compensation for the full premium price of the Products, Plaintiffs and class members would be left without the parity in purchasing power to which they are entitled.

188. Plaintiffs seek all relief available under the UCL.

**COUNT II**
**Violation of California's False Advertising Law**
**Cal. Bus. & Prof. Code. §§ 17500, et seq.**

189. Plaintiffs incorporate and reallege each preceding paragraph as though fully set forth herein.

190. California Plaintiffs bring this cause of action individually and on behalf of all other class members in the Classes and Subclasses that contain California members, *i.e.*, the Dove Sensitive Skin Body Wash and Dove Sensitive Skin Bar Soap classes..

191. Defendants violated California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code § 17500 by engaging in the conduct alleged above.

192. The FAL makes it "unlawful for any person to make or disseminate or cause to be made or disseminated before the public . . . in any advertising device . . . or in any other manner or means whatever, including over the Internet, any statement, concerning . . . personal property or services professional or otherwise, or performance or disposition thereof, which is untrue or misleading and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading." Cal. Bus. & Prof. Code § 17500.

193. Defendants knew or should have known that its conduct was false and/or misleading.

194. Defendants knew or should have known that its conduct was false and/or misleading.

195. Plaintiffs lack an adequate remedy at law for the reasons already alleged above in connection with the UCL claim.

196. Plaintiffs and class members have suffered harm as a result of Defendants' violations of the FAL.

197. Plaintiffs seek all available relief under the FAL.

**COUNT III**
**Violations of California's Consumer Legal Remedies Act ("CLRA")**
**Cal. Civ. Code §§ 1750, *et seq.***

198. Plaintiffs incorporate and reallege each preceding paragraph as though fully set forth herein.

199. California Plaintiffs bring this cause of action individually and on behalf of all other class members in the Classes and Subclasses that contain California members, *i.e.*, the Dove Sensitive Skin Body Wash and Dove Sensitive Skin Bar Soap classes.

200. Defendants are a "person" as defined by California Civil Code § 1761(c).

201. Plaintiffs and the other class members are "consumers" within the meaning of California Civil Code § 1761(d).

202. For the reasons alleged above, Defendants violated California Civil Code § 1770(a)(5)(7) and (9).

203. On March 21, 2025, Plaintiff Novick provided pre-suit notice of the claims asserted under the CLRA via certified mail, return receipt requested, in compliance with all of the CLRA's requirements. Plaintiff Novick also provided supplemental notice on December 30, 2025. Plaintiff Novick and other class members also provided supplemental notice on July 10, 2026. Defendant also received notice from other class members (like McElroy) on January 23, 2026 and April 3, 2026 (Wohl).

204. Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendants' trade or business.

205. Defendants acted with knowledge and intent.

206. As alleged above, Defendants engaged in conduct that had the tendency or capacity to deceive or confuse reasonable consumers.

207. With respect to the CLRA claim, Plaintiffs allege in the alternative that they lack an adequate remedy at law for the reasons already alleged above in connection with the UCL claim.

208. As a result of Defendants' misconduct, Plaintiffs and class members have suffered monetary harm.

209. Plaintiffs seek all relief available under this cause of action, including damages.

**COUNT IV**
**Violations of New York General Business Law § 349**

210. Plaintiffs incorporate and reallege each preceding paragraph as though fully set forth herein.

211. New York Plaintiffs bring this cause of action individually and on behalf of all other class members in the Classes and Subclasses that contain New York members.

212. New York's General Business Law § 349 prohibits deceptive acts or practices in the conduct of any business, trade, or commerce.

213. In its sale of goods throughout the State of New York, Defendants conduct business and trade within the meaning and intendment of New York's General Business Law § 349.

214. Plaintiffs and class members are consumers who purchased the Products from Defendants for their personal use.

215. By the acts and conduct alleged herein, Defendants engaged in deceptive, unfair, and misleading acts and practices. Defendants intentionally concealed and omitted material facts regarding the true nature of the Products.

216. The foregoing deceptive acts and practices were directed at consumers.

217. The foregoing deceptive acts and practices are misleading in a material way because they fundamentally misrepresent the characteristics and quality of the Products to induce consumers to purchase the same.

218. By reason of this conduct, Defendants engaged in deceptive conduct in violation of New York's General Business Law.

219. Defendants' actions are the direct, foreseeable, and proximate cause of the damages Plaintiffs and class members have sustained from having paid for and used Defendants' Products.

220. As a result of Defendants' violations, Plaintiffs and class members have suffered damages and an injury in fact.

221. Plaintiffs and class members seek to recover their actual damages or fifty dollars, whichever is greater, three times actual damages, and reasonable attorney fees.

**COUNT V**
**Violations of New York General Business Law § 350**

222. Plaintiffs incorporate and reallege each preceding paragraph as though fully set forth herein.

223. New York Plaintiffs bring this cause of action individually and on behalf of all other class members in the Classes and Subclasses that contain New York members.

224. New York's General Business Law § 350 prohibits false advertising in the conduct of any business, trade, or commerce.

225. Pursuant to said statute, false advertising is defined as "advertising, including labeling, of a commodity . . . if such advertising is misleading in a material respect."

226. Based on the foregoing, Defendants engaged in consumer-oriented conduct that is deceptive or misleading in a material way which constitutes false advertising in violation of New York's General Business Law § 350.

227. Defendants' false, misleading, and deceptive statements and representations of fact were and are directed toward consumers.

228. Defendants' false, misleading, and deceptive statements and representations of fact and omissions were and are likely to mislead a reasonable consumer acting reasonably under the circumstances.

229. Defendants' false, misleading, and deceptive statements and representations of fact and omissions have resulted in consumer injury or harm to the public interest.

230. As a result of Defendants' false, misleading, and deceptive statements and representations of fact, and omissions, Plaintiffs and class members have suffered and continue to suffer economic injury.

231. New York Plaintiffs and class members seek to recover their actual damages or five hundred dollars, whichever is greater, three times actual damages, and reasonable attorney fees.

**COUNT VI**
**Violations of New Jersey Consumer Fraud Act ("NJCFA")**
**N.J. Stat. §§ 56:8-1, *et seq.***

232. Plaintiffs reallege and incorporate the above allegations by reference as if set forth fully herein.

233. New Jersey Plaintiffs bring this cause of action on behalf of all other class members in the Classes and Subclasses that contain New Jersey members.

234. The NJCFA prohibits any "act, use or employment by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing, concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise." *See* N.J. Stat. § 56:8-2.

235. At all relevant times, Plaintiffs, members of the classes, and Defendants were "persons" within the meaning of the NJCFA. *See* N.J. Stat. § 56:8-1(d).

236. Defendants willfully and purposefully engaged in deceptive and unfair acts and practices, misrepresentation, and the concealment, suppression, and omission of material facts they intended others to rely upon in connection with the sale of the Products as defined by N.J. Stat. § 56:8-1(c) in violation of N.J. Stat. § 56:8-2 as described in the allegations above.

237. Defendants' misrepresentations and omissions in the sale of the Products detailed above were acts or practices in the conduct of trade or commerce.

238. Defendants' misrepresentations and omissions in the sale of the Products detailed above impact the public interest.

239. Defendants' misrepresentations and omissions in the sale of the Products detailed above were unfair because they inequitably enriched Defendants at the expense of Plaintiffs and members of the classes.

240. Defendants' misrepresentations and omissions in the sale of the Products detailed above were unfair because they offended public policy and were so oppressive that Plaintiffs and members of the classes had little alternative but to submit, which caused consumers substantial injury.

241. Defendants' misrepresentations and omissions in the sale of the Products were unfair in that they violated the well-established public policies of protecting consumers from avoidable dangers and that the manufacturer of products is responsible for ensuring that they are fit for human use by the products' intended users.

242. As alleged herein, Plaintiffs and members of the classes have suffered ascertainable loss as a direct and proximate result of Defendants' conduct.

243. As a direct and proximate result of the foregoing acts and practices, Defendants have received, or will receive, income, profits, and other benefits which it would not have received if it had not engaged in the violations described in this Complaint.

244. As a result, Plaintiffs and members of the classes seek relief including, *inter alia*, refund of amounts recovered by Defendants for the Products, damages, treble damages, attorney's fees, and costs pursuant to N.J. Stat. §§ 56:8-2.11 and 56:8-19.

**COUNT VII**
**Breach of Implied Warranty**

245. Plaintiffs reallege and incorporate the above allegations by reference as if set forth fully herein.

246. Plaintiffs bring this cause of action individually and on behalf of all the Nationwide, individual state Subclasses, and the Multi-State Warranty Classes.

247. Plaintiffs assert this cause of action under New Jersey law, or, in the alternative, under the laws of the states in which they made their purchases (New Jersey, New York, Illinois, California, and Massachusetts).

248. Defendants, as the designer, manufacturer, marketer, distributor, and/or seller of the Products, impliedly warranted that the Products were specially formulated to be "hypoallergenic" and suitable to be used by those with "sensitive" skin, when that is not true.

249. Defendants breached its warranty implied in the contract for the sale of the Products because they could not pass without objection in the trade under the contract description, and because the Products could not be used for the specific purpose of being a body wash, bar soap, or baby healing jelly *suitable for sensitive skin* or suitable for babies: the Products were not adequately contained, packaged, and labeled as per Defendants' contract with Plaintiffs and members of the classes, and the Products do not conform to the implied affirmations of fact made on the marketing and packaging for the Products. U.C.C. §§ 2-313(2)(a), (e), (f). As a result, Plaintiffs and members of the classes did not receive the goods as impliedly warranted by Defendants to be merchantable.

250. Plaintiffs and members of the classes purchased the Products in reliance upon Defendants' skill and judgment and the implied warranties of fitness for the purpose.

251. The Products were defective when they left the exclusive control of Defendants.

252. Plaintiffs and members of the classes did not receive the goods as warranted.

253. As a direct and proximate cause of Defendants' breach of the implied warranty, Plaintiffs and members of the classes have been injured and harmed because: (a) they would not have purchased the Products on the same terms if they knew that the Product was not hypoallergenic or suitable for sensitive skin or baby skin; and (b) the Products do not have the characteristics, uses, or benefits as promised by Defendants.

254. Plaintiffs seek all available relief under this cause of action.

## COUNT VIII
## Breach of Express Warranty

255. Plaintiffs reallege and incorporate the above allegations by reference as if set forth fully herein.

256. Plaintiffs bring this cause of action individually and on behalf of all the Nationwide, individual state Subclasses, and the Multi-State Warranty Classes.

257. Plaintiffs assert this cause of action under New Jersey law, or, in the alternative, under the laws of the states in which they made their purchases (New Jersey, New York, Illinois, California, and Massachusetts).

258. Defendants, as the designer, manufacturer, marketer, distributor, and/or seller of the products at issue, expressly warranted that the Products were "hypoallergenic" and suitable for "sensitive" skin, and were "Dermatologist #1 Recommended" and "Pediatrician Recommended," when that is not true. The warranties were part of the description of the goods and the bargain upon which the goods were offered for sale.

259. By falsely representing that the Products were "hypoallergenic" and suitable for "sensitive" skin, and were "Dermatologist #1 Recommended" and "Pediatrician Recommended," Defendants breached its express warranties.

260. Plaintiffs and members of the classes did not receive the goods as warranted.

261. As a direct and proximate cause of Defendants' breach of the express warranty, Plaintiffs and members of the classes have been injured and harmed because: (a) they would not have purchased the Products on the same terms if they knew that the Products were not hypoallergenic; and (b) the Products do not have the characteristics, uses, or benefits as promised by Defendant.

262. All Plaintiffs provided reasonable notice by mail prior to the initiation of litigation. Many Plaintiffs provided multiple rounds of notice. The latest notice letter, referencing notice for each of the Plaintiffs on this Amended Complaint, is dated July 10, 2026, and was addressed to both Defendants.

263. Plaintiffs seek all available relief under this cause of action.

**COUNT IX**
**Unjust Enrichment**

264. Plaintiffs reallege and incorporate the above allegations by reference as if set forth fully herein.

265. Plaintiffs bring this cause of action individually and on behalf of all the Nationwide and individual state Subclasses.

266. Plaintiffs assert this cause of action under New Jersey law, or, in the alternative, under the laws of the states in which they made their purchases (New Jersey, New York, Illinois, California, and Massachusetts).

267. To the extent required, Plaintiffs assert this cause of action in the alternative to legal claims, as permitted by Rule 8.

268. Plaintiffs and the class members conferred a benefit on Defendants in the form of the gross revenues Defendants derived from the money they paid to Defendants.

269. Defendants knew of the benefit conferred on it by Plaintiffs and the Class Members.

270. Defendants have been unjustly enriched in retaining the revenues derived from Plaintiffs' and the Class Members' purchases of the Products, which retention of such revenues under these circumstances is unjust and inequitable because Defendants omitted that the Products were not hypoallergenic and were not suitable for sensitive skin, and could not be used for their principal intended purpose. This caused injuries to Plaintiffs and Class Members because they would not have purchased the Products or would have paid less for it if the true facts concerning the Products had been known.

271. Defendants accepted and retained the benefit in the amount of the gross revenues derived from sales of the Products to Plaintiffs and Class Members.

272. Defendants have thereby profited by retaining the benefit under circumstances which would make it unjust for Defendants to retain the benefit.

273. Plaintiffs and Class Members are, therefore, entitled to restitution in the form of the revenues derived from Defendants' sale of the Products.

274. As a direct and proximate result of Defendants' actions, Plaintiffs and the Class Members have suffered in an amount to be proven at trial.

275. Putative Class Members have suffered an injury in fact and have lost money as a result of Defendants' unjust conduct.

276. Putative Class Members lack an adequate remedy at law with respect to this claim and are entitled to non-restitutionary disgorgement of the financial profits that Defendant obtained as a result of its unjust conduct.

**COUNT X**
**Fraud by Omission / Intentional Misrepresentation**

277. Plaintiffs reallege and incorporate the above allegations by reference as if set forth fully herein.

278. Plaintiffs bring this cause of action individually and on behalf of all the Nationwide and individual state Subclasses.

279. Plaintiffs assert this cause of action under New Jersey law, or, in the alternative, under the laws of the states in which they made their purchases (New Jersey, New York, Illinois, California, and Massachusetts).

280. This claim is based on fraudulent misrepresentations and omissions concerning the qualities of the Products and the fact that they are not "hypoallergenic" or suitable for "sensitive" skin as alleged herein, and are not "Dermatologist #1 Recommended" and not "Pediatrician Recommended." As discussed above, Defendants failed to disclose and misrepresented *inter alia*: (a) the true nature of the Products' ingredients; (b) that the Products contain chemicals commonly known to be allergens, sensitizers, and/or irritants; (c) that the Products are not "hypoallergenic" or suitable for "sensitive skin" and are not what reasonable consumers would consider "hypoallergenic" or suitable for "sensitive skin"; and (d) that the Products contain chemicals that a reasonable consumer would not expect in a product labeled "hypoallergenic" or suitable for "sensitive skin."

281. The false and misleading omissions and misrepresentations were made with knowledge of their falsehood. Defendants knew the true nature of the Products and their ingredients. Nonetheless, Defendants continued to sell the Products using the false and misleading omissions and misrepresentations alleged herein to unsuspecting consumers.

282. The false and misleading omissions and misrepresentations were made by Defendants, upon which Plaintiffs and Class Members reasonably and justifiably relied, and were intended to induce and actually induced Plaintiffs and Class Members to purchase the Product.

283. The fraudulent actions of Defendants caused injury to Plaintiffs and Class Members, who are entitled to damages and punitive damages.

284. Plaintiffs seek all relief available under this cause of action.

**COUNT XI**
**Violations of Illinois Consumer Fraud Act. §§ 815 ILCS 505/1, et seq.**

285. Plaintiffs incorporate and reallege each preceding paragraph as though fully set forth herein.

286. The Illinois Plaintiffs bring this cause of action individually and on behalf of all other class members in the Classes and Subclasses that contain Illinois members.

287. The Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), §§ 815 ILCS 505/1, *et seq.*, prohibits the use of unfair or deceptive business practices in the conduct of trade or commerce. The ICFA is to be liberally construed to effectuate its purpose.

288. Defendants intended that Plaintiffs and class members would rely upon their deceptive conduct, and a reasonable person would in fact be misled by this deceptive conduct.

289. As a result of Defendants' use or employment of unfair or deceptive acts or business practices, Plaintiffs and class members have sustained damages in an amount to be proven at trial.

290. In addition, Defendants' conduct showed malice, motive, and reckless disregard of the truth such that an award of punitive damages is appropriate.

**COUNT XII**
**Violations of the Mass. Gen. Laws Chapter 93A, § 2**

291. Plaintiff Plaintiffs repeat and reallege all previous paragraphs, as if fully included herein.

292. The Massachusetts Plaintiffs bring this cause of action individually and on behalf of all other class members in the Classes and Subclasses that contain Massachusetts members.

293. General Laws c. 93A, § 2(a), prohibits "unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce."

294. Defendants' conduct, as alleged herein, constitutes unfair or deceptive acts or practices and unfair methods of competition in trade or commerce in violation of M.G.L. c. 93A, § 2 and the regulations promulgated thereunder, including without limitation, 940 C.M.R. §§ 3.02 (2), 3.05(1) and (2).

295. Defendants' unlawful conduct includes its false and misleading statements, representations, and depictions in its labeling, marketing, and advertising of the Products, as alleged in greater detail above, as hypoallergenic and suitable for sensitive skin while concealing neither of those representations is true. Such conduct injured Massachusetts Plaintiffs and class members, in that they paid more for the falsely advertised and dangerously defective Products than they would have had they known the true nature of the Products or would have not purchased the Products at all.

296. Defendants' unfair or deceptive acts or practices, as alleged herein, were willful or knowing violations of M.G.L. c. 93A, § 2, within the meaning of M.G.L. c. 93A, § 9(3).

297. Defendants are not incorporated or headquartered in Massachusetts, and on information and belief, own no property in that state.

298. Plaintiff Hagemeister served demand letter in late December 2025 and then again on July 10, 2026 in accordance with M.G.L., c. 93A, § 9(3). Plaintiff Proskin served a demand letter on October 7, 2025 and then again on July 10, 2026 in accordance with M.G.L., c. 93A, § 9(3).

299. The demand letter explained in detail the nature of Defendants' unfair or deceptive acts or practices with regard to its dangerously defective Products, the injuries suffered by Plaintiffs and the other members of the classes, as well as demanding compensation for those injuries and other relief.

300. In response to that letter, Defendants have failed and refused to make a reasonable offer of relief.

301. Plaintiffs and class members have been injured by Defendants' unfair or deceptive acts or practices and unfair methods of competition. Pursuant to M.G.L. c. 93A, §§ 9(3) and 9(4), Plaintiffs and class members are entitled to recover double or treble the amount of their actual damages, or statutory damages, whichever is greater, plus their reasonable attorneys' fees and the costs of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, seek judgment against Defendants, as follows:

a. For an order certifying the classes and naming Plaintiffs as representatives;

b. For an order finding in favor of Plaintiffs and the classes on all counts asserted herein;

c. For actual, compensatory, statutory, and/or punitive damages in amounts to be determined by the Court and/or jury;

d. For prejudgment interest on all amounts awarded;

e. For an order of restitution and all other forms of equitable monetary relief; and

f. For an order awarding Plaintiffs and the classes their reasonable attorney fees, expenses, and costs of suit.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs request a jury trial on all issues so triable.

Dated: July 30, 2026

Respectfully submitted,

**SMITH KRIVOSHEY, PC**

*s/ Joel D. Smith*
Joel D. Smith (New Jersey Bar No. 457602024)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Telephone: 617-377-7404
E-Mail: joel@skclassactions.com

Yeremey O. Krivoshey (SBN 295032)
(*pro hac vice*)
28 Geary Str STE 650 # 1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415
E-Mail: yeremey@skclassactions.com

Michael Robert Reese (SBN 206773)
(*pro hac vice* forthcoming)
**REESE LLP**
100 West 93rd Street
Ste 16th Floor
New York, NY 10025
212-643-0500
Email: mreese@reesellp.com

Trenton Ross Kashima (SBN 291405)
(*pro hac vice* forthcoming)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
19800 MacArthur Blvd.
Suite 270
Irvine, CA 92612

212-946-9389
Email: tkashima@brysonpllc.com

J. Hunter Bryson
(*pro hac vice*)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
900 West Morgan Street
Raleigh, North Carolina 27603
919-539-2708
Email: hbryson@brysonpllc.com

Nick Suciu III
(*pro hac vice*)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Email: NSuciu@brysonpllc.com

*Attorneys for Plaintiffs*
*and the Proposed Classes*

**CLRA Venue Declaration, Civil Code § 1780(c)**

I, Joel D. Smith, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify hereto.

2. I am the attorney for Plaintiffs in the above-captioned action.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code § 1750 *et seq*.

4. The Class Action Complaint has been filed in the proper place for trial of this action.

5. It is my understanding that Defendants are headquartered in and regularly transacts business in Bergen County, and the acts and omissions giving rise to this action occurred in large part in Bergen County.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on July 30, 2026 in Killingly, CT.

By: /s/ Joel D. Smith

Joel D. Smith